UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(West Palm Beach Division)

HAG, LLC., d/b/a Heart Attack Grill, LLC., an
Arizona corporation, and Jon Basso, an
individual

        Plaintiffs,

v.

B & I Enterprises, LLC. d/b/a Heart Stoppers
a/k/a Heart Stoppers Sports Grill, a Florida
corporation and Ignazio Lena, an individual,
and Robert Kutnick, an individual

        Defendants.

_____/

**CASE NO:**

# 10-CV-80127-Marra-Johnson

FILED by _VT_ D.C.
ELECTRONIC

**Jan. 26, 2010**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Plaintiffs, HAG, LLC., d/b/a Heart Attack Grill and its president Jon Basso (hereinafter "HEART ATTACK GRILL") hereby move for a preliminary injunction, pursuant to Fed.R.Civ.P. 65, enjoining Defendants, B & I Enterprises, LLC. d/b/a Heart Stoppers a/k/a Heart Stoppers Sports Grill, and Defendant co-founders Ignazio Lena, and Robert Kutnick, (herein collectively "HEART STOPPERS") from (a) infringing upon its recognized trade dress and (b) violating its registered and common law trademarks. This is an emergency motion in light of the **on-site filming of the infringing** HEART STOPPERS restaurant for the NBC "Today Show" news **on January 27, 2010.** Plaintiffs' Complaint Exhibit H, pg. 0091. Although the show time of this infringing film is not known, the impending nationwide display of the infringing trade dress and marks will irreparably harm HEART ATTACK GRILL and such harm cannot be adequately compensated by a monetary award of damages.

## **Facts In Support of Preliminary Injunction**

**A.    Introduction and Background of Plaintiff**

Over the past decade, a sizable portion of the public has developed an interest in unique restaurants serving reasonably priced, high caloric food products. These "foodies" search out and visit these unique restaurants almost as a counter-revolution to the rise of gourmet establishments and "healthy foods." This consumer trend has been amplified and nationalized by the mass media, including The Travel Channel and The Food Network. Over the past five (5) years, the mass media discovered Jon Basso's HEART ATTACK GRILL in Arizona. Media coverage of Basso's unique HEART ATTACK GRILL includes: CBS Sunday Morning News,  Good Morning America, The Food Network, The Travel Channel (including the show Extreme Pigouts and the show Top 101 Tastiest Places to Chowdown where Heart Attack Grill was ranked #27 in America), ABC's Dateline, Fox News Neil Cavuto, ABC's 20/20 with John Stossel, The Rush Limbaugh Show, The Geraldo Rivera Show, The Howard Stern Show, Inside Edition, Comedy Central, The Jimbo Hannon Show, The Jay Leno Show, Rachel Ray, The Doctors, The National Enquirer, Inc. Magazine, Entrepreneur Magazine, Paul Harvey, America In The Morning, Japanese Television, Pro Zeben's Taff Time (Germany), TF1 (France), Voice of America Television (China), Jay Thomas Show on Sirius, Maurice Boland show (Spain), and Telemundo News (Mexico), among others. For example, see the following You Tube Clips www.youtube.com/watch?v=zbKRSYAuSNg and www.youtube.com/watch?v=KTKysI59HAw  See Basso's Verified Complaint, para. 16 (herein "Compl't para. 16"). Plaintiffs' exhibits attached to the Complaint are referenced as "Pl. Compl't Exh't xx." Sequentially numbered exhibits are also attached to this Motion as "Pl. Exh't XX, attached."

2

HEART ATTACK GRILL obtained this expansive and extensive nationwide and international media coverage because of its very unique and distinctive trade dress for a medically themed hamburger restaurant and grill and, in an unabashed, in your face manner, incredibly high caloric food products. See Pl. Compl't Exh't A and B, see critical commentary at Pl. Exh't K, attached. Briefly, HEART ATTACK GRILL's trade dress encompasses (a) a medically themed hamburger grill and restaurant with a red and white decor serving high caloric food products, boldly named the "HEART ATTACK GRILL" (see Fed. Reg. No. 3,128,169); (b) burger names using aggressive, medical terminology, including SINGLE BYPASS BURGER, DOUBLE BYPASS BURGER, TRIPLE BYPASS BURGER and the signature QUADRUPLE BYPASS BURGER mark; (c) other foods branded with cardiac or heart condition names such as FLATLINER fries; (d) wheel chair service for patrons exiting the restaurant after consuming their high caloric meals; (e) waitresses dressed as nurses in white uniforms with red medical logos; (f) an owner-operator (Jon Basso) dressed in a lab coat, carrying a stethoscope, farcically referred to as "Doctor Jon;" (g) a spiky heart beat pulse (an EKG design) on HEART ATTACK GRILL's web site advertising its restaurant services and used on branded merchandise sold in both the restaurant and on the Internet and used as a banner on Plaintiff's nationally distributed newsletter to patrons and foodies; (h) interior "health" warning signs; (i) free food to anyone over 350 pounds; (j) a logo consisting of a shapely character nurse on a red ball background pierced by a spiky EKG symbol running therethrough, used on its website and in the restaurant and on branded merchandise sold in-house and on the Internet; and (k) red heart logo with an EKG symbol on its web site and in its restaurant on branded merchandise. See Pl. Compl't Exh't A and B, Compl't para. 9.

3

The uniqueness of this trade dress coupled with its unabashed promotion of high caloric food garnered the extensive and expansive media attention of the HEART ATTACK GRILL. As a result, Plaintiffs plan to exploit this nationwide attention and valuable good will by licensing its trade dress and trademark rights to others. See Compl't para 17.

Plaintiffs' mass media exposure is so pervasive that on January 24, 2010, HEART ATTACK GRILL was ranked number 27 on Travel Channel's Tastiest Places to Chowdown. See Compl't para. 16.

The attached Appendix lists all elements of HEART ATTACK GRILL's trade dress and its federally registered marks and unregistered trademark rights and rights to goods and services not within the scope of Plaintiffs' registrations. The Appendix also lists the accused trade dress and infringing marks misappropriated by HEART STOPPERS.

**B.    Defendants' Actions**

Starting in December 2008, long before Defendants' launched their HEART STOPPERS restaurant, Defendants Lena and Kutnick engaged in extensive licensing discussions with Jon Basso, president of HEART ATTACK GRILL. These overtures to license the well known HEART ATTACK GRILL trade dress and trademarks were not successful. See Compl't para. 17 and 61 and the parties' email exchange at Pl. Compl't Exh't D.

Slightly over a month ago in December 2009, Defendant HEART STOPPERS launched its own medically themed hamburger restaurant grill selling high caloric food products. To the dismay of HEART ATTACK GRILL, Defendants' medically themed restaurant also garnered considerable media attention, including but not limited to an article in the New York Daily News. See Pl. Compl't Exh't H and J. Additionally, HEART ATTACK GRILL was offered a TV spot on "The

4

Fine Living Network." This media event was cancelled and, in its place, the Network filmed HEART STOPPERS for The Fine Living Network. See Pl. Exh't L, pg. 0128.

In addition to coining a restaurant name that connotes a cardiac arrest similar to Plaintiffs (compare HEART STOPPERS to HEART ATTACK GRILL), Defendants boldly adopted numerous medical theme elements either identical to or substantially similar to HEART ATTACK GRILL's trade dress. In brief, the accused trade dress includes: (a) medically themed restaurant with red and white color scheme serving high caloric food products; (b) a logo design of a shapely nurse character next to a red heart with a piercing EKG heartbeat symbol; (c) the use of wheel chairs and medical equipment as part of the decor (weight scales, defibrillators, dialysis and x-ray machines, pill boxes as salt and pepper shakers, and bed pans); (d) waitresses dressed as nurses in white uniforms with red medical logos and other staff in medical scrubs; (e) medical signs throughout the restaurant; (f) patron's checks delivered in a first aid box; and (g) food delivered on a cart with an IV bag attached. See Compl't para. 18-26 and Pl. Compl't Exh't F and G. The attached Appendix provides a greater side-by-side comparison of the accused trade dress and infringing marks.

In addition to this blatant copying and trade dress infringement, Defendants are infringing Plaintiffs' federal trademark registrations to HEART ATTACK GRILL, Reg. No. 3,128,169, due to Defendants' trade name (HEART STOPPERS) and similarly named food products (see Compl't para. 38). Plaintiffs' federally registered A TASTE WORTH DYING FOR mark, Reg. No. 3,146,924, is infringed by Defendants' food product category DESSERTS TO DIE FOR (see Compl't para. 39).

Further, Defendants use many of Plaintiffs' unregistered marks and violate Plaintiffs' rights to use its federally registered marks on goods other than those listed in its registrations. Plaintiffs

5

have rights to: (a) the HEART ATTACK GRILL mark used on branded merchandise sold on the Internet throughout the U.S. and in the State of Florida; (b) the HEART ATTACK GRILL mark used on newsletters sent to foodies and patrons in the U.S. and the State of Florida (Pl. Exh't M, attached); (c) the A TASTE WORTH DYING FOR mark used on branded merchandise; (d) the FLATLINER mark on food products; (e) the heart-and-EKG symbol; and (f) the nurse character on a red ball background with a piercing EKG symbol. Compl't para. 44. Plaintiffs' branded merchandise includes t-shirts, sweat shirts, cups or mugs, water bottles, bags, cutting boards and mouse pads. Compl't para. 44-45; and Pl. Compl't Exh't B.

Plaintiffs have patrons in the State of Florida. Compl't para. 45. Plaintiffs send newsletters to patrons and foodies who live in the State of Florida. Compl't para. 45. Plaintiffs sell branded merchandise in the State of Florida. Compl't para. 45. Internet articles about Plaintiffs discuss its unique restaurant. Pl. Exh't K, attached. Defendants' infringing use of Plaintiffs' trade dress and registered and unregistered trademarks either causes confusion or is highly likely to cause confusion. Commentators on the Internet in New York and Florida have noted that Defendants' medically themed restaurant with its high caloric food products as a distinguishing factor. Pl. Compl't Exh't H and J. This medical theme coupled with high caloric food products was originally created by HEART ATTACK GRILL and has been specifically and consistently promoted on national television by HEART ATTACK GRILL. Now HEART STOPPERS wants to trade on this established good will with impunity.

Without the injunction, Plaintiffs' unique trade dress and restaurant style will be irreparably destroyed. Monetary damages alone cannot compensate it for the destruction of its good will. HEART ATTACK GRILL is not seeking to stop Defendants from operating a restaurant; it is

seeking an order stopping all use of medical themes and equipment used in connection with Defendants' establishment, including its tradename.

As stated above, NBC is planning to film a segment at the HEART STOPPERS restaurant for "The Today Show" on January 27, 2010. If NBC films Defendants' establishment and the film is aired locally or nationally, HEART ATTACK GRILL's reputation will be forever tarnished. Pl. Comp't Exh't H, pg. 0091. The same is true for the HEART STOPPERS Fine Living Network filmed segment, which has yet to be aired. Emergency relief is necessary and reasonable.

## C.    The Law Applied

A party seeking injunctive relief:

> [M]ust demonstrate that: (1) he has a substantial likelihood of success on the merits; (2) irreparable injury will be suffered absent an injunction; (3) the injury to the movant outweighs the injury the proposed injunction would cause to the opposing party; and (4) the proposed injunction would serve the public interest.

Johnston v. Tampa Sports Auth., 530 F.3d 1320, 1325 (11th Cir. Fla. 2008)(citing Klay v. United Healthgroup, Inc., 376 F.3d 1092, 1097 (11th Cir. 2004)) see also Sun Trust Bank v. Houghton Mifflin Co ., 268 F.3d 1257, 1265 (11th Cir. 2001) (quoting Am. Red Cross v. Palm Beach Blood Bank , Inc., 143 F.3d 1407, 1410 (11th Cir. 1998)).

"[A] preliminary injunction is an extraordinary and drastic remedy not to be granted unless the movant clearly establishe[s] the burden of persuasion as to all four elements." CBS Broad., Inc. v. EchoStar Communications Corp., 265 F.3d 1193, 1200 (11th Cir. 2001) (quoting Siegel v. LePore, 234 F.3d 1163,1176 ( 1 1 th Cir . 2000); Cunningham v. Adams, 808 F. 2d 815, 819 (11th Cir. 1987) (stating that a moving party must prevail on all four elements before a preliminary injunction may issue).

At the preliminary injunction stage, the Court may rely on "affidavits and hearsay materials which would not be admissible evidence for a permanent injunction, if the evidence is appropriate given the character and objectives of the injunctive proceeding.'" A preliminary injunction is an "extraordinary and drastic remedy" and will not be granted unless the movant clearly establishes the burden of persuasion as to the four prerequisites. While equitable relief in a trademark case

7

should be narrowly tailored to cure the ongoing harm by distinguishing the infringing product from the original, preliminary injunctive relief is often appropriate in such cases because of the potential for irreparable injury that can cause damage to a trademark holder's reputation that are not easy to calculate, compensate, or prove with specificity. See Power Test Petroleum Distribs., Inc. v. Calcu Gas, Inc., 754 F.2d 91, 95 (2nd Cir. 1985) (noting that "reputation is not calculable nor precisely compensable" in its assessment of the irreparable injury prong); Multi-Local Media Corp. v. 800 Yellow Book, Inc., 813 F. Supp. 199, 202 (E.D.N.Y. 1993) ("Federal courts have long recognized the need for immediate injunctive relief in trademark infringement cases due to the amorphous nature of the damage to the trademark and the resulting difficulty of proving monetary damages.").

Tancogne v. Tomjai Enters. Corp., 408 F. Supp. 2d 1237, 1243 (S.D. Fla. 2005)(quoting Levi Strauss & Co. v. Sunrise Int'l Trading, Inc., 51 F.3d 982, 985 (11th Cir. 1995); citing McDonald's Corp. v. Robertson, 147 F.3d 1301, 1306 (11th Cir. 1998)) (citations omitted).

The likelihood of success on the merits for Counts I, II and III of the Verified Complaint will be analyzed below.

**D.    Likelihood of Success on the Merits**

**1. Likelihood of Success on the Merits of Count I: Trade Dress Infringement**

Trade dress involves the total image of a product and may include features such as size, shape, color, texture, graphics, or even particular sales techniques. Dippin' Dots, Inc. v. Frosty Bites Distrib., LLC, 369 F.3d 1197, 1202 (11th Cir.2004)(citing Epic Metals Corp. v. Souliere, 99 F.3d 1034, 1038 (11th Cir. 1996); 15 U.S.C. § 1125(a)(3))(citations omitted). The Supreme Court, in Two Pesos, Inc. v. Taco Cabana, Inc., 505 U.S. 763, 773, 112 S. Ct. 2753 (1992), found that unique, non-functional restaurant decor was inherently distinctive and was entitled to trade dress protection. In that case, just as in the case at bar, defendants unsuccessfully tried to license plaintiff's trade dress but, when rebuked, defendants opened a competing restaurant which violated plaintiff's rights. In order to prevail on a claim for trade dress infringement under § 43(a) of the Lanham Act (the Federal Trademark Law), 15 U.S.C. 1125(a), HEART ATTACK GRILL must prove that (1) the design of

8

the restaurants are confusingly similar; (2) the protected trade dress features of the restaurant design are primarily non-functional; and (3) the restaurant design is inherently distinctive or has acquired secondary meaning. See Dippln' <u>Dots, Inc. v. Frosty Bites Distrib. LLC.</u>, 369 F.3d at 1202. The person who asserts trade dress protection has the burden of proving that the matter sought to be protected is not functional. See <u>Id</u>.

The trade dress asserted by HEART ATTACK GRILL for the purposes of this preliminary injunction include the non-functional aesthetic features of the HEART ATTACK GRILL restaurant listed above in the Facts Section A of this brief. More detail is found in the attached Appendix.

> Generally, two tests exist for determining functionality: (1) the traditional test, and the (2) competitive necessity test. Under the traditional test, a product feature is functional when it is essential to the use or purpose of the device or when it affects the cost or quality of the device. Under the competitive necessity test a feature is functional if the "exclusive use of [that feature] would put competitors at a significant non-reputation-related disadvantage." In this case, the Court need only apply the traditional test because the competitive necessity test generally applies in cases of aesthetic functionality.

<u>Sharn, Inc. v. Wolfe Tory Med., Inc.</u>, 2009 U.S. Dist. LEXIS 97385 (M.D. Fla. Sept. 30, 2009)(citations omitted).

These trade dress elements have developed secondary meaning over the years by HEART ATTACK GRILL's extensive and expansive promotional efforts and media coverage, such that consumers of high caloric food have come to associate these trade dress elements with HEART ATTACK GRILL. These promotions and media appearances depict the features and quality of HEART ATTACK GRILL and thereby create an image in the consumers' mind that equates the above listed trade dress features as indicative of HEART ATTACK GRILL.

Further, the above listed trade dress elements (see Section A) are non-functional and serve only aesthetic purposes. Wheel chairs, bed pans and x-ray machines and all the other medical signs and equipment and waitresses dressed as nurses are not functionally required in a restaurant.

With regards to the confusing similarity of the Defendants' trade dress, its trade name "Heart Stoppers Sports Grill" and medically themed restaurant interior, the red and white color scheme, the use of medical equipment such as wheelchairs, bed pans, pill boxes, IV bags, x-ray machines and staff dressed as nurses in white coats, has a virtually identical appearance and theme to HEART ATTACK GRILL. Compare Pl. Compl't Exh't A to Pl. Compl't Exh't G. This identical appearance assures confusion by the consumer and members of the trade and assures that the Defendants' trade dress is confusing similar.

Internet commentators from New York to Florida have noted the uniqueness of the aforementioned trade dress while they discussed recently opened HEART STOPPERS medically themed restaurant selling high caloric food. Pl. Compl't Exh't H and J.

Defendants have also chosen names for food items that are identical or confusingly similar to HEART ATTACK GRILL's menu items and trademarks, which further confuses and deceives the trade. Defendants' pattern of copying all design elements, including menu items clearly shows a pattern of an intent to deceive the purchasing public. The selection by Defendants of these design elements and menu items is not a mere coincidence, since prior to opening, Defendants' contacted and negotiated with HEART ATTACK GRILL to possibly obtain an authentic, licensed HEART ATTACK GRILL restaurant. Compl't para. 17, Pl. Compl't Exh't. D. Comments from articles posted on the Internet show that consumers are confusing the trade dress. Pl. Exh. J, pg 118-119,

10

attached. At least six (6) people commented on the similarity of the trade dress. Id. This shows

confusion in the marketplace.

### 2. Likelihood of Success on the Merits of Count II: Trademark Infringement

> In order to succeed on the merits of a trademark infringement claim, a
> plaintiff must show that the defendant used the mark in commerce without its
> consent and "that the unauthorized use was likely to deceive, cause confusion, or
> result in mistake." Generally speaking, the determination boils down to the existence
> vel non of "likelihood of confusion."

Davidoff & Cie, S.A. v. PLD Int'l Corp., 263 F.3d 1297, 1300-1301 (11th Cir. Fla. 2001)(citations

omitted).

HEART STOPPERS tradename, and use of menu items called HEART DOGS, THE HEART

ATTACKER ½ POUNDER, HEART STOPPER 3 POUND KILLER, and HEART ATTACK JACK

all infringe on HEART ATTACK GRILL's federal trademark for HEART ATTACK GRILL (Fed.

Reg. No. 3,128,169). Compl't para. 38. HEART STOPPERS' use of a menu food category, namely

DESSERTS TO DIE FOR, infringes on HEART ATTACK GRILL's federal trademark for A

TASTE WORTH DYING FOR (Fed. Reg. No. 3,146,924). Compl't para. 39.

The accused marks are confusingly similar to HEART ATTACK GRILL's marks and are

used on similar goods and services.

HEART ATTACK GRILL has customers in Florida, including and foodies in Florida, who

read HEART ATTACK GRILL's newsletter and patrons and prospective patrons in Florida who buy

branded goods on the Internet. Compl't para 45. These Florida customers also receive Twitter and

Facebook messages about genuine products and services. Confusion in the marketplace is inevitable

notwithstanding that Defendants' restaurant is located in Delray, Florida and Plaintiffs' restaurant

is in Arizona. See Article Comments, Pl. Compl't Exh't H pgs. 0092, 0093, 0099, 0109 and Exh't

11

J pgs. 0118-0119. The branded goods and foodie newsletter travel in Florida and throughout the U.S. The comments on the Internet show that the marketplace for this genre of high caloric restaurant is nationwide, not local like many restaurants. Id. Further, the cost to fly from Fort Lauderdale, Florida to Phoenix, Arizona (near Plaintiffs' establishment) is $250 - 400. See www.southwest.com. Air travel to unique restaurants is not unusual.

### 3. Likelihood of Success on the Merits of Count III: § 43(a) Lanham Act Violations

Plaintiffs have trademark rights in their unregistered marks and have a right to enforce their registered marks on goods and services which are beyond the scope of the goods and services listed in the federal registrations. Section 43(a)(1) of the Lanham Act states:

> Any person who, on or in connection with any goods or services, or any container for goods, uses in commerce any word, term, name, symbol, or device, or any combination thereof, ... which (A) is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of such person with another person, or as to the origin, sponsorship, or approval of his or her goods, services, or commercial activities by another person,...

15 U.S.C. § 1125(a)(1)(Lanham Act § 43(a)).

If consumers are confused as to the origin or approval of HEART STOPPERS' goods or services, compared to HEART ATTACK GRILL goods or services, due to the use of any term, name, symbol, or device, Defendants have violated Section 43(a) with respect to Plaintiffs' unregistered marks. The test for trademark infringement is the same as noted above in Brief Section D(2). The article comments prove up such confusion. See Article Comments, Pl. Compl't Exh't H, pgs. 0092, 0093, 0098, 0109 and Exh't J pgs. 0118-0119.

The federally registered HEART ATTACK GRILL mark is used on branded merchandise sold in Florida via the Internet, the HEART ATTACK GRILL mark is used on newsletters delivered to foodies in Florida and potential patrons seeking unique, funky restaurants selling high caloric food

12

products. Compl't para. 45. The federally registered A TASTE WORTH DYING FOR mark is used on branded merchandise sold to Florida residents. HEART ATTACK GRILL's FLATLINER mark is used on fries and HEART STOPPERS uses the same mark on chicken wings. Both companies use the heart-and-EKG symbol and Plaintiffs' mark is used on newsletters sent to Florida residents. Pl. Exh't M, attached. HEART ATTACK GRILL uses a logo with nurse characters on a red ball background with a piercing EKG and HEART STOPPERS uses a logo with nurse characters near a red heart and a piercing EKG. The nurse-ball-EKG logo is used by Plaintiffs on branded merchandise sold to Florida residents. Compl't para. 44.

Confusion is inevitable given the similar names of the restaurants, the type of food sold and the type of consumers seeking to rebel against the "get healthy" trend by wearing branded merchandise that promotes the rebel spirit within.

Irreparable harm to HEART ATTACK GRILL's reputation has been caused by Defendants' statements and products that confuse the public as to the origin or sponsorship of the goods.

**E. Plaintiffs' Irreparable Harm**

HEART ATTACK GRILL faces a substantial threat of irreparable injury if the preliminary injunction is not granted. First, NBC's filming of HEART STOPPERS on January 27 creates a national likelihood of confusion between the parties' restaurants due to a national airing of the infringing trade dress and the infringing marks. Pl. Compl't Exh't H, pg. 0091. Defendants just began marketing and selling foods from the medically themed restaurant in December 2009. Compl't para. 19, Pl. Compl't Exh't E. There exists a very real threat that poor quality infringing restaurant services will be provided to consumers by Defendants. The operation of this potentially inferior medically themed restaurant and the national exposure of the infringing trade dress and trade

13

name will irreparably affect the good will and reputation of HEART ATTACK GRILL in the minds of its customers.

Further, in regards to HEART ATTACK GRILL's irreparable harm, the 11th Circuit "... has held that 'a sufficiently strong showing of likelihood of confusion [caused by trademark infringement] may by itself constitute a showing of . . . [a] substantial threat of irreparable harm .'" McDonald's Corp . v. Robertson, 147 F .3d 1301, 1310 (11th Cir . 1998) (quoting E. Remy Martin & Co . V. Sltaw-Ross Int'l Imports, 756 F.2d 1525, 1530 (11th Cir . 1985)) ; see also Foxworthy v. Custom Tees, Inc., 879 F. Supp . 1200, 1219 (N .D . Ga. 1995) ("When a plaintiff makes a *prima facie* showing of either trademark or copyright infringement, irreparable harm is ordinarily presumed.").

"A trademark owner has spent time, energy and money in presenting a product to the public and building a reputation for that product." Davidoff & CIE, S.A. v. PLD International Corporation, 263 F.3d 1297, 1301 (11th Cir. 2001). "The [Lanham] Act prevents another vendor from acquiring a product that has a different set of characteristics and passing it off as the trademark owner's product." Id. "This would potentially confuse consumers about the quality and nature of the trademarked product and erode consumer goodwill." Id.

Additionally, HEART ATTACK GRILL was offered a TV spot on "The Fine Living Network" which instead has now been awarded to HEART STOPPERS. See Pl. Exh't L.  Due to Defendants' abusive trademark and trade dress infringement described herein, Plaintiffs were DENIED this further opportunity to expand their mass media exposure.  Therefore, HEART ATTACK GRILL has already suffered irreparable injury due to the loss of media exposure on the Fine Living Network.

14

Plaintiffs sent Defendants a cease and desist letter on January 4, 2010 but Defendants' counsel refused this effort resolve this dispute and remove the infringing trade dress and trademarks. See Pl. Exh't N, attached.

During the preparation of the complaint and this motion, Plaintiffs discovered that Defendants took down its website home page at www.TheHeartStopper.com (see Pl. Exh't O, attached) allegedly "for maintenance" but Defendants continue to permit a link to its FaceBook page which still shows the infringing marks (see Pl. Exh't L, attached).  Also, the back pages of Defendants' website are still operable and viewable on the Internet.  (see Pl. Exh't O, attached).

**F. Harm to Plaintiff Outweighs Potential Harm to Defendant**

The Defendants will not be substantially harmed by being precluded from operating a medically themed restaurant. Plaintiffs does not seek to close Defendants' restaurant, they only seek to rename Defendants' two (2) month old restaurant, remove all medical equipment, remove all medically themed menus, menu items and signs, and an injunction commanding that Defendants' staff and waitresses not to wear medical clothing and an order instructing Defendants to inform NBC and the Fine Living Network that the film about HEART STOPPERS NOT be aired locally or nationally.

In contrast, Plaintiffs have already been irreparably harmed by losing The Fine Living Network media appearance. Further, if the NBC film of HEART STOPPERS airs, further confusion and harm to Plaintiffs is caused.

**G. Public Interest is Not Disserved**

Grant of this preliminary injunction will not disserve the public interest.  In fact, the public interest will be furthered by not having deceptively similar medically themed restaurants in the

15

marketplace."[T]he injunction is not adverse to the public interest, because the public interest is served by preventing consumer confusion in the marketplace." Davidoff & Cie, S.A. v. PLD Int'l Corp., 263 F.3d 1297, 1304 (11th Cir. Fla. 2001)(citing See SunAmerica Corp. v. Sun Life Assurance Co. of Canada, 77 F.3d 1325, 1334 (11th Cir. 1996)).

**E. Bond**

Defendants knew of Plaintiffs' trade dress and trademarks for over a year (Pl. Compl't Exh't D) and then blatantly, virtually copied Plaintiffs' trade name, trade dress and menu items. Defendants should not be rewarded by having this Court require a bond from Plaintiffs. In any event, if the Court does require a bond, the bond for re-painting, posting a new restaurant sign with a new non-infringing trade name and printing new menus should be less than $10,000.00. The removal of medical equipment and nurses uniforms and medical staff uniforms should not be part of the bond.

## Conclusion

HEART ATTACK GRILL is entitled to a preliminary injunction (1) prohibiting Defendants from operating a medically themed hamburger restaurant, including the use of menu items, decor, color scheme and staff costumes which are identical or confusingly similar to HEART ATTACK GRILL; (2) prohibiting Defendants from causing consumer confusion by copying HEART ATTACK GRILL's recognized trade dress and trademarks (registered and unregistered); and (3) prohibiting Defendants from making or permitting any media appearances using any protected trade dress elements and trademarks. Defendants are continuing to cause confusion in the public's mind and in the trade and are continuing to trade off HEART ATTACK GRILL's recognized trade dress and goodwill by copying HEART ATTACK GRILL's trade dress and trademarks and causing confusion

16

with HEART ATTACK GRILL. This confusion in the public cannot be easily cured by monetary damages an injunction is reasonable and necessary.

Counsel for HEART STOPPERS as been served with this motion and the complaint.

Dated: _1-26-2010_       Respectfully submitted,

By: _____
Robert C. Kain, Jr.
Florida Bar No. 266760
RKain@ComplexIP.com
Darren J. Spielman
Florida Bar No. 0010868
Dspielman@complexip.com
Kain & Associates, Attorneys at Law, P.A.
900 Southeast 3rd Avenue, Suite 205
Fort Lauderdale, Florida 33316
Telephone:     (954) 768-9002
Facsimile:      (954) 768-0158

cc: Eric Lee, Esq., counsel for HEART STOPPERS

17

## Appendix - Comparison of Trade Dress and Marks

| HAG Trade Dress and Marks | HS Accused Trade Dress and Marks |
|---|---|
| (a) a medically themed hamburger grill and restaurant with high caloric food products including a restaurant name that connotes a catastrophic medical condition, namely "HEART ATTACK GRILL" (see Reg. No. 3,128,169); | (a) a medically themed hamburger grill and restaurant with high caloric food products including a restaurant name that connotes a catastrophic medical condition, namely "HEART STOPPERS SPORTS GRILL" |
| (b) burger names using aggressive, heart condition or heart attack style medical terms, including SINGLE BYPASS BURGER, DOUBLE BYPASS BURGER, TRIPLE BYPASS BURGER and the signature QUADRUPLE BYPASS BURGER; | burgers called The Pacemaker; The Heart Attacker ½ pound; The Triple A; The D.N.R. 1 pound; the D.O.A. 2 Pound |
| (c) other foods branded with cardiac or heart condition names such as FLATLINER fries; | FLATLINER chicken wings |
| (d) wheel chair service for restaurant patrons; | (d) wheel chairs used by restaurant patrons; |
| (e) waitresses dressed as nurses wearing white coats or dresses with red medical logos; | (e) waitresses dressed as nurses wearing white coats or dresses with red medical logos; |
| (f) an owner-operator (Jon Basso) dressed in medically themed clothes such as a lab coat with a stethoscope; | (f) restaurant staff wearing medical scrubs labeled HEART STOPPERS Medical Center |
| (g) all customers are referred to as patients, including being attired in hospital gowns and hospital style wrist bands listing the patron's order and wrapped around the patron's wrist; | |
| (h) spiky heart beat pulse (an EKG design) on HEART ATTACK GRILL's web site advertising the medically themed restaurant and on branded merchandise displayed throughout the restaurant; | (h) spiky heart beat pulse (an EKG design) on the restaurant walls and on HS' web site advertising the medically themed restaurant |
| (i) interior signage having medically themed statements such as a large "health" warning sign as one enters the establishment; | (i) interior signage having medically themed statements such as a "Emergency Room," "Morgue" and "M.D." |
| (j) an offer of free food to anyone over 350 pounds, including the scale to weigh patrons; | (j) an offer of free food to anyone over 350 pounds, including the scale to weigh patrons; |

| | |
|---|---|
| (k) a logo consisting of a shapely nurse character on a red ball background pierced by a spiky EKG symbol running therethrough, used on its website and displayed throughout the restaurant and on branded merchandise sold in the restaurant and on the Internet; | (k) a logo consisting of a shapely nurse character near a red heart with a spiky EKG symbol running therethrough, used on its website and displayed throughout the restaurant |
| (l) red heart logo with an EKG symbol on its web site advertising its restaurant services and in its restaurant and on branded merchandise; | (l) red heart logo with an EKG symbol in its restaurant and on its web site advertising its restaurant services |
| (m) and a medically themed, red and white restaurant decor, the nurse-waitresses wear uniforms with red cross symbols thereon | (m) and a medically themed, red and white restaurant decor with a red cross symbol under the counter-bar. |
| (n) blood pressure machine and weight scale | first aid box for patron's bills; IV bags attached to food delivery carts; defibrillators and dialysis and x-ray machines in the restaurant; pill boxes as salt and pepper shakers; bed pans as planters |
| **Trademarks** | **Accused Trademarks** |
| HEART ATTACK GRILL (Fed. Reg. No. 3,128,169) | HEART STOPPERS tradename, |
| HEART ATTACK GRILL (Fed. Reg. No. 3,128,169) | menu items and food categories, including HEART DOGS, THE HEART ATTACKER ½ POUNDER, HEART STOPPER 3 POUND KILLER, and HEART ATTACK JACK |
| HEART ATTACK GRILL used on branded merchandise and newsletters to foodies and patrons promoting high caloric food products (that is, goods and services not within the scope of the federal registration) | HEART STOPPERS website |
| A TASTE WORTH DYING FOR (Fed. Reg. No. 3,146,924) | DESSERTS TO DIE FOR as a menu food category |
| | |

\\srv1\datashare\RCK\CLIENTS\Heart-Attack(HAG)\Heart-Attack-v-Heart-Stopper\plead-prelim-inj-memo-final.wpd

19


Find It All in One Card
The American Express OPEN Charge Card
BUSINESS GREEN REWARDS
- Purchasing power
- Built-in savings
- Membership Rewards® program

OPEN

Entrepreneur Magazine
Your guide to success.
Save 80% off newsstand!
Subscribe today »

# Entrepreneur·

Franchises for Sale | Women Entrepreneur | Subscribe | Newsletters | Special Offers

Search

**Home** | Ask Entrepreneur | Grow Your Biz | Business Ideas | Franchises & Opportunities | Video | Tools & Services | Community | Blogs

Entrepreneur Connect
Sign In | Create Profile
Sponsored by Sprint

Home > Work-Life > Success Stories > Cashing In On Controversy

## Cashing In On Controversy

**Jon Basso has thrown traditional forms of advertising by the wayside and is serving up big helpings of controversy instead with his Heart Attack Grill.**

By Kristin Edelhauser · February 26, 2007

🖶 Print    Share This    Get the Mag    ↻ Weekly Updates    [-] Text Size [+]

Aside from maintaining a website, Jon Basso hasn't spent one dollar on advertising. And yet his restaurant has garnered international attention thanks to the controversy he's created. "We purposely try to generate controversy, there's no question about that," Basso says. After all, with menu items like the Quadruple Bypass Burger and Flatliner Fries, who needs marketing?

Yet even Basso, owner of Heart Attack Grill in Tempe, Arizona, agrees with his health-inclined critics on one point: Because of his 8,000-calorie burgers and french fries cooked in lard, the 40-stool burger joint isn't a place customers should frequent daily. "I tell everybody, 'Don't come here every day of the week; it'll kill you,'" he says.

For Basso, who also goes by "Dr. Jon, chief surgeon," what began as a marketing thesis has turned into a diner with a world-wide reputation. Though he started out operating a chain of personal fitness training studios, Basso heard so much talk from clients about what they did on their "diet cheat days" he decided the Heart Attack Grill he wrote about in his thesis could be the ultimate place to go for a dose of gluttony.

Content Continues Below



The Plum Card from American Express OPEN®

LEARN HOW SUCCESSFUL BUSINESSES CAN BENEFIT
— ROLLOVER HERE —

OPEN          Learn More

The controversial grill, which claims on its website to offer "taste worth dying for," officially opened its doors in January 2006—and it didn't take long for public debate to begin. Basso figured people would speak out against the ingredients in his burgers or the items on his menu—including filter-free cigarettes and beer--but was surprised when the biggest source of contention became the way his waitresses, or "nurses" as he calls them, dressed. The grill drew criticism from the Arizona Board of Nursing and the Center for Nursing Advocacy for putting the female-only "nurses"--the males are called doctors--in naughty nurse uniforms, saying they degraded the profession and that the restaurant shouldn't be allowed to use the title "nurse."

Basso fired back by saying it was a matter of free

Today on Entrepreneur    🖶 FEED

Recession Marketing All About Connections
5 Unconventional Ways to Fund Your Franchise
The Basics of Business Structure
Franchise Biz Plan: A Remedy for Failure
Recession Delivers Timely Wake-up Calls

More Stories »


CREATE A WEB SITE
Starting at just
$9.95 mo.


FIRST MONTH FREE
GET STARTED

we know around here
superpages.com
*with the purchase of a 12-month contract

### Resource Centers


**Guide to Mobile Productivity**
Find the best entrepreneur mobile technology from laptop computers to cellphones


**Web Smarts**
Discover what it takes to land more sales, leads and site visitors in our special report.


**The 24/7 Tech Center**
Solve all of your IT problems with our tech center tips!

Starting a Business
Money
Marketing
Sales
Advertising
Franchises
Biz Opportunities
Home Based Biz
Online Business
Management
Human Resources
Technology
Work Life
 Bookshelf
 Health & Fitness
 Personal Finance
 Success Stories
 Travel Center
 Work/Life Balance
 View All
Magazine
Special Listings
📱 Mobile Edition
Entrepreneur Assist

More Resources

College Search
Franchise Your Biz
Business Blog
Columnists
Business Forms
Resource Centers
Startup Books
Special Offers
Free Trade
Magazines
Classifieds
Trade Journals
Encyclopedia
Slideshows
Get the Magazine

PROTUS
biz solutions center
Virtual Phone
Fax thru Email
📠 emfax



Send / receive faxes
through your email

**FREE 30 Day Trial!**



**Entrepreneur**
NEWSLETTERS

Sign Up for the Latest in:

☐ Starting a Business     ☐ e-Business & Technology
☐ Sales & Marketing     ☐ Franchise News
☐ Growing a Business     ☐ Business Book Sampler

E-mail*

Zip Code*

[ Submit ]

speech and turned the controversy into a public debate on his website. He gained the support of his internet audience and received plenty of media attention, and shortly after posting letters and communications he received from Arizona's attorney general on his website, the suit was dropped.

Basso, however, doesn't take the issue lightly. He recognizes there's a very serious nursing shortage going on and believes his restaurant is helping publicize the problem. "The Heart Attack Grill is actually glorifying the job for a younger workforce," says Basso.

From the scantily clad nurses to the fat-filled, take-it-or-leave-it menu, it's easy to see this restaurateur doesn't care if his restaurant is politically correct. The grill instead embraces everything considered "bad," from male chauvinism to fatty foods to cigarettes. In today's health-conscious society, it's surprising that the grill has done so well. But to Basso, it all makes sense. "People don't want the salad bars; they want to have fun," he says.

This entrepreneur refuses to give in to the diet wars. In fact, he won't even allow lettuce on the grill's burgers. And if you ask for a Diet Coke, you won't get it. Basso says the grill only sells full-sugared soda from Mexico. Why? "Because if you're going to party, enjoy yourself. That's really the message."

Basso adds that today's consumer demands entertainment as well, something he's tied into the theme of his theatrical restaurant. At the Heart Attack Grill, waitresses don't take an order, they "write prescriptions." They don't have customers, they have "patients." And while on duty, the waitstaff gets into character while interacting with customers. They even go so far as to wheel out "patients" who are able to down a Quadruple Bypass Burger--featuring two pounds of beef, four layers of cheese and 12 slices of bacon--to their car in a wheelchair.

Basso also has drawn in customers by creating theme days at the Heart Attack Grill, including his "Valentine's Day Massacre," during which he offers free food and beverages--excluding alcohol--all day long. This year, he estimates the restaurant gave away approximately 900 free burgers in a 10-hour day. But according to Basso, it's all part of his anti-marketing plan. "Sure, I give away thousands of dollars worth of food, but it does much more advertising and word-of-mouth than anything else could."

His advice for wannabe entrepreneurs? "I'd tell people to create controversy," suggests Basso, who refers to himself as the Patch Adams of the restaurant industry. Though he won't release any financial information, Basso insists that word-of-mouth marketing has given the grill plenty of business. "What I've got, in marketing terms, is the purple cow," he says. "We've designed something that people talk about naturally. We've never spent one penny, and never will spend one penny on advertisements. We simply have a website, and that's it."

The grill's location is low-key as well. Basso says it's located behind a gas station, with no real exterior signage. And yet, the tourist dollar has been good to them. "Tourists come in and say they're here to see the Grand Canyon, check; the Fiesta Bowl, check; the Heart Attack Grill, check," he says.

Mention the obvious competitor, Hooters, and Basso says they're on a different playing field. "I believe wholeheartedly that Hooters has overextended," says Basso. "There're about 500 Hooters in the world, and I don't think it's special or unique for the clientele that enjoys that type of service because there are so many of them."

As for future plans, Basso says he has no intention of franchising the Heart Attack Grill. His overall goal is to make his restaurant into what he says the Hard Rock Café used to be before the chain widely expanded. "Now, there are over 100 Hard Rock Café locations, and they lost the ability to be special. We're not going to make that mistake," he says. Instead, Basso plans to have 10 locations built over the next 20 years. So far, he's looking at real estate in Amsterdam and other cities that he says have "mystique," like New Orleans, Hollywood, Honolulu and Rio de Janeiro.

EXHIBIT K

HAG--000121

For now, he is in the process of purchasing another building in Arizona, this time in Phoenix, where he'll create one of the first drive-thrus to offer commuters the full package--a burger, fries, case of beer and pack of cigarettes. And his plans don't stop there. Basso says the restaurant will be involved in filming its own "American Chopper"-type reality show beginning in March. The show will be produced by IVNET.TV, an international online broadband network. "But the difference between 'American Chopper' and us is we have sex and they don't," he says. "We have commercial endorsement possibilities, they don't."

With such a strong vision of where he wants to take the Heart Attack Grill, the possibilities--and controversy--could be endless for Basso. But criticism is what he has so cleverly turned into marketing opportunities that have helped make his restaurant such a hot spot. Not sure you have the guts to plunge into controversy as deeply as Basso? That's OK. The message here is that it's all right to be different and try something new, even if you raise a few eyebrows in the process.

Print     ShareThis     Get the Mag     Weekly Updates





Subscribe Now to
*Entrepreneur* Magazine
and save over $47!

**Subscribe Now**

**Preferred Subscriber Rate**
for Entrepreneur.com readers

Sponsored Links

**Marketplace**

  

The Next Generation in Online Meetings Has Arrived - Try it FREE!

Small Business - Home  |  Entrepreneur Connect  |  Entrepreneur Assist  |  Women Entrepreneurs  |  Business Startup Guides  |  Business Bookstore  |  En Español  |  Small Business Search
Magazine Subscriptions  |  Contact Us  |  Help  |  Newsletters  |  Affiliate Programs  |  Advertising Info  |  Press Releases  |  Special Offers  |  RSS Feeds  |  Reprints & Permissions

Copyright © 2009 Entrepreneur Media, Inc. All rights reserved.  Privacy Policy

EXHIBIT K                                                    HAG--000122



**Reclaim your lunch hour.**
Use FedEx Office℠ Print Online to free up some time in your day.
ROLL OVER TO RECLAIM ▶

## The Dumbest Products of 2007

« Previous Slide | Start Over | Pause | Next Slide »



#4

### The Quadruple Bypass Burger

The newest creation from the Heart Attack Grill in Tempe, Ariz., features 2 pounds of beef, 12 slices of bacon, and 4 layers of cheese. But it's not the 8,000 calories that we really have a problem with. How is anybody supposed to fit that thing in their mouth?

Back to **Inc.com**

ADVERTISEMENT



THE VALUE OF **SAVING** TOYOTA

**NEW 2009 HIGHLANDER**

0.0%* APR for 60 Months

$0 Down with Approved Credit

SEE TODAY'S OFFERS

TOYOTA moving forward

APPLY TODAY!
2009 **Inc.5 0 5 0**
**CLICK HERE**

Copyright © 2008 Mansueto Ventures LLC. All rights reserved.
Inc.com, 7 World Trade Center, New York, NY 10007-2195.
Contact Us | About Us | Subscribe | Advertise | Legal Disclaimers | Labeled With ICRA | Privacy Statement

EXHIBIT K

HAG--000123



# NURSING A GRUDGE!

## Naughty 'women in white' serve 'bypass burgers' and 'flatliner fries' at the HEART ATTACK GRILL

IT'S enough to give you cardiac arrest!

Nurses are outraged at a Tempe, Ariz., restaurant called the Heart Attack Grill, where sexy young waitresses in risque nurse outfits serve up killer concoctions including an 8,000-calorie Quadruple Bypass Burger and Flatliner fries cooked in lard.

Patrons gorge on artery-clogging burgers dripping with grease and cheese, and swill beer while ogling the sultry servers, who are referred to not as waitresses, but nurses.

Customers at the Heart Attack Grill are known as "patients" and orders are "prescriptions," which are rushed to the kitchen to be filled by "Dr. Jon" Basso, the restaurant owner-chef, who wears a white medical coat.

**HIS MASTERPIECE** is the Quadruple Bypass Burger, featuring four beef patties, four slices of cheese and a hearty helping of bacon. But it's not his heart attacks on a bun that nurses are beefing about.

The ladies in white feel the waitresses are demeaning the nursing profession. They point to their revealing attire – sexy fake nurse outfits with stethoscopes, hats with red crosses, and skintight, body-baring skirts.

"One of the biggest global health crises we face today is a shortage of nurses and a lack of government funding for nursing programs," Center for Nursing Advocacy Executive Director Sandy Summers





> **❝Research has shown that nurses are the most sexually fantasized people of any profession...❞**

told The ENQUIRER. "The state of nursing will only continue to deteriorate if this profession is degraded by negative images like the ones being portrayed at Heart Attack Grill."

Summers says she contacted Basso twice about changing the uniforms, but he refused to comply. Arizona's Attorney General wrote Basso telling him that the word "nurse" should not be used in his ads



LAST MEAL? Beef, cheese, bacon and lard plus scantily-dressed waitresses could be a recipe for disaster. 

unless they are real nurses.

Relishing a good fight, Basso, who opened the Heart Attack Grill about a year ago, says he can stand the heat and will stay in the kitchen – and his steamy servers will continue to wear their erotic nurse outfits.

The 41-year-old married father of three says his naughty "nurses" are a large part of what attracts nearly 300 "patients" a day to his meat-lover's paradise.

"We're being condemned for contributing to the nursing problem, but in actuality

we're keeping licensed nurses in business because of all the fatty food we serve," Basso kidded.

**BUT AN IRATE** Summers is serious about her beef with the Heart Attack Grill.

"Research has shown that nurses are the most sexually fantasized people of any profession, and 72 percent of all nurses have reported being sexually discriminated against in the workplace," she charges. "This is a moral issue, not a judgment against scantily-dressed women."

EXHIBIT K

HAG--000124

24 of 46

 CHASE 

MORE BENEFITS.

START TODAY AND
WE'LL GIVE YOU
$200



| Symbol | | Get Quote | Keyword | | Search |

Subscribe to Fortune
Free Trial
Magazine Customer Service

Home    Business News    Markets    Personal Finance    Retirement    Technology    Luxury    Small Business    Fortune          Video    My Portfolio    CNN.com

## 101 Dumbest Moments in Business
The year's biggest boors, buffoons, and blunders
*By Adam Horowitz, David Jacobson, Tom McNichol, and Owen Thomas*

**BUSINESS 2.0**

**MORE DUMBEST**

 **The complete 101**
See the video, test your Dumbest knowledge, and check out our 'Sex, drugs, and celebrities' gallery. (more)

 **Where Wal-Mart went wrong**
The world's largest retailer set out to clean up its image in '06 - and promptly landed six spots on this year's list. (more)

 **Business...It's 'Dumbtastic!'**
Business 2.0, with the help of a few comedians, highlights the doozies in customer service and HR screw-ups. (more)

◄ BACK    NEXT ►    33 of 101
**Goes great with a small Diet Coke...**

The Heart Attack Grill in Tempe, Ariz., introduces the Quadruple Bypass Burger, featuring 2 pounds of beef, four layers of cheese, 12 slices of bacon, and 8,000 calories.

As a side dish: Flatliner Fries, cooked in lard. A Triple Bypass is also available.

**Email the editors**
**Post a blog comment**

Digg this story
Email this story



MORE           MORE

30. Lone Star   31. Goldman Sachs   32. Trading-Markets   33. Heart Attack Grill   34. Museum of Contemp. Art   35. Wal-Mart, Part 3   36. Catawba County

**Sponsored Links**

**I Have Great White Teeth**
Read the trick, discovered by a mom, to turn yellow teeth white.
CathysTeeth.com

**"Wrinkles are in Recession"**
Learn How a Mom Combined 2 Products to Get Rid of Her Wrinkles.
CarasWrinkles.com

**Top-Rated MBA Online**
Earn Your MBA In 2 Years. No GMAT Required. 100% Online Program!
FloridaTechOnlineMBA.com

**Sponsored Links**

**I Have Great White Teeth**
Read the trick, discovered by a mom, to turn yellow teeth white.

**"Wrinkles are in Recession"**
Learn How a Mom Combined 2 Products to Get Rid of Her Wrinkles.

**Top-Rated MBA Online**
Earn Your MBA In 2 Years. No GMAT Required. 100% Online Program!

Buy a link here

**Mortgage Rates at 4.6% FIXED!**
$200,000 mortgage for $699/month. See Lower Payment NOW - No SSN Reqd.

Buy a link here

**SPECIAL OFFER:**

**TRY 2 FREE PREVIEW ISSUES!**



Full Name
Address
City
State/Pr          Zip/Postz
E-mail
Continue    Privacy Policy

Outside the U.S. and
Canada, click here.

© 2009 Cable News Network. A Time-Warner Company. All Rights Reserved. Terms under which this service is provided to you. Privacy Policy

Home    Portfolio    Calculators    Contact Us    Newsletters    Podcasts    RSS    Mobile    Widgets    Press Center    Site Map    User Preferences

**EXHIBIT K**

**HAG--000125**

Advertise with Us   Magazine Customer Service   Download Fortune Lists   Reprints   Career Opportunities   Special Sections   Conferences   Business Leader
Council

Live Quotes automatically refresh, but individual equities are delayed 15 minutes for Nasdaq, and 20 minutes for other exchanges. Market indexes are shown in real time, except for the
DJIA, which is delayed by two minutes. All times are ET.
Time reflects local markets trading time. † - Intraday data delayed 15 minutes for Nasdaq, and 20 minutes for other exchanges. Disclaimer
Copyright © 2009 BigCharts.com Inc. All rights reserved. Please see our Terms of Use MarketWatch, the MarketWatch logo, and BigCharts are registered trademarks of MarketWatch,
Inc. Intraday data provided by Interactive Data Real-Time Services and subject to the Terms of Use Intraday data is at least 20-minutes delayed. All times are ET.Historical, current end-of-
day data, and splits data provided by Interactive Data Pricing and Reference Data Fundamental data provided by Morningstar, Inc. SEC Filings data provided by Edgar Online
Inc. Earnings data provided by FactSet CallStreet, LLC

EXHIBIT K

HAG--000126

http://money.cnn.com/galleries/2007/biz2/0701/gallery.101dumbest_2007/33.html        3/17/2009



 Applications

Chat (**22**)





**The ONLY Person To Defeat The HEART STOPPER CHALLENGE**
0:54 Added about a week ago



**Dad & Kobe Take On The HEART STOPPER**
1:03 Added about a month ago

**Links**
2 links                    See All

The Bacon Explosion - Take Bacon. Add Sausage. Blog. - NYTimes.com
2:20pm Jan 25

The Burger Beast Blog: Heart Stoppers Sports Grill - Delray Beach, Florida
7:30am Jan 10

Report Group
Share

**Heart Stoppers**   Join

Wall    Info    Discussions    Video

 **Ryan Joseph** here's one for ya. 2lbs bacon. 2lbs sausage. 5000 calories. 500 grams of fat. BACON EXPLOSION

 **The Bacon Explosion - Take Bacon. Add Sausage. Blog. - NYTimes.com**
www.nytimes.com
The Bacon Explosion, modestly called by its inventors "the BBQ Sausage Recipe of all Recipes," has swept the Internet.

2 hours ago · Share · Report

 **Tracey Moskowitz Tsang** Had a great time at Heart Stoppers today!!! Good food....great people....fun atmosphere!! Can't wait to see the segment on the Fine Living Network.
16 hours ago · Report

 **Raymond Lynch** When are you going to do national TV
January 19 at 8:49pm · Report

 **Samantha Klein**

Create an Ad

**Trump West Palm Workshops**



Learn from the master. Free training workshops coming to the West Palm area, Jan 24 - Jan 27. Seating is limited, Register Now!

Like

EXHIBIT L

HAG--000128

 Applications

  

Chat (2

**Heart Stoppers Photos**
January 17 at 5:42pm

 **Mitch Rose** Hey, could it be possible to get either video of my beating the challenge up? There's a show on Comedy Central that is asking viewers to submit challenges to it's host and I want to send in yours.
January 13 at 11:04pm · Report

 **Samantha Klein** Just Uploaded The Videos!
January 17 at 1:59pm · Report

 **Mari Hoover** Best burgers in town!!
January 11 at 9:34am · Report

 **Sef Gonzalez**

 **The Burger Beast Blog: Heart Stoppers Sports Grill - Delray Beach, Florida**
www.burgerbeast.com
The front of their menu says "Over consumption of our food will definitely lead to obesity, at which point you should consult a physician before starting an exercise program." At least they're upfront about it. ...
January 10 at 7:20am · Share · Report

 **Maria Quadrino Lynch**

 **Heart Stoppers Photos**

January 9 at 8:01pm · Share

 **Maria Quadrino Lynch** Great 16th birthday party for Adam today! Amazing food, and fun! Thanks so much!
January 9 at 8:00pm · Report

 **Larry Motter** This place sounds just like the Heart Attack Grill. Are you a franchise of them?
January 6 at 5:47pm · Report

 **Brent Kottas** Awesome food - I'm going to prepare myself for the three pounder!
January 6 at 10:41am · Report

**RECENT ACTIVITY**
Heart Stoppers edited their News, Name and Description.

Older Posts



®RadioShack.
More Ads

EXHIBIT L

HAG--000129

Applications

Chat (**22**)

Facebook © 2010  English (US)

About  Advertising  Developers  Careers  Terms  ▪  Find Friends  Privacy  Mobile  Help

EXHIBIT L

HAG--000130

http://www.facebook.com/home.php

1/25/2010



*iContact*

### Join the Heart Attack Grill in the world of social media

The Heart Attack Grill is taking the world of social media by storm! You can now follow the Grill on Facebook, Twitter, Myspace and Youtube. Twitter will give you the patient instance updates on the antics and lives of everyone at the Heart Attack Grill. If you have an opinion on the Grill, Twitter us. All twitters are posted to the front page of the Heart Attack Grill website.

Facebook allows you the patient to ask questions regarding the grill that will be answered by the Vice President of marketing, Dr. Jon directly jon@heartattackgrill.com. At the Heart Attack Grill our patient's health and happiness is our main concern. Click on the images below to get started!

  

### The freshest Bypass Burgers are at the Heart Attack Grill

Everyone knows the commercial of that guy getting up early every morning to make donuts. The Doctor at the Heart Attack Grill now has the same honor. "Its time to make the patties". Yes, each and every morning we are pressing Bypass patties fresh. All the patients have been raving about the taste and quality of their Bypass Procedure. Fresh Bypass Burgers, fresh Flatliner Fries, fresh tomatoes, fresh red onions, fresh…..Well I think you get the point.



### T-Shirts now available at the Heart Attack Grill

The Heart Attack Grill now has a complete line of T-Shirts for sale. Just in time for the holidays! The Grill is showing their support for our American Heroes. They have a complete line of custom designed military shirts. Coming soon shirts will be available featuring police and fire fighters. Not to be left out the Grill also has a line of shirts for the motorcycle rider and his nurse on the back! Order yours today!

### Cooking With Nurse Christine

We are very serious about the way we prepare our Bypass Burgers. The trick to preparing the best bypass burger possible is to remember one simple step. Treat your burger as if it were a new born baby. Follow the simple steps I give in each newsletter and you will have the best Bypass Burger on the planet!



**EXHIBIT M**

HAG--000131

### Bypass Burger Rule #3.

DO NOT COOK YOUR BURGER ON THE BARBECUE! Today everyone loves their grill to a point of obsession. I love my barbecue too! It is great for chicken or ribs but death for a great burger! If you want to serve a hockey puck cook it on the Barbecue. A burger needs to cook in its own juices on an old fashion griddle, the way your grandma did it. THE WAY I DO IT!

**KAIN & ASSOCIATES**
ATTORNEYS AT LAW
_____

COMPLEX I P . COM®

Patent - Trademark - Copyright - Computer Law
Trade Secret - Domain Disputes

900 Southeast Third Avenue, Suite 205
Fort Lauderdale, Florida 33316
Telephone:  (954) 768-9002
Facsimile:   (954) 768-0158

www.ComplexIP.com
Robert C. Kain, Jr.       rkain@ComplexIP.com
Darren Spielman   dspielman@ComplexIP.com

Via Fed Express-2nd Day

January 4, 2010

Myra P. Mahoney, P.A.
3101 N Federal Highway Suite 401
Fort Lauderdale, FL 33306
(954)-713-7617

Ignazio Lena
11668 Quiet Waters Lane.
Boca Raton, Florida 33428
(561) 756-7084

Robert Kutnick
1001 East Atlantic Ave Suite 202
Delray Beach FL 33483
561-243-4994

Heart Stoppers Sports Grill
a/k/a B& I Enterprises, LLC
1100 Linton Blvd. C-3
Delray Beach, FL 33444
(561)276-5554

Re:   Heart Attack Grill, LLC and Jon Basso v. B & I Enterprises, d/b/a Heart Stoppers and Robert
       Kutnick and Ignazio Lena
       Case No. tba U.S. District Court, Southern District of Florida
       Federal Trademark Infringement - Trade Dress Infringement
       Trade Dress: medical theme hamburger restaurant and grill with high caloric food
       Our ref.: 5087-03

January 4, 2010
Page 2

Dear Messrs. Kutnick, Lena and Ms. Mahoney :

We represent Heart Attack Grill, LLC (herein "Heart Attack Grill") with respect to its intellectual property and trademark matters. Heart Attack Grill has recently learned that your company, B & I Enterprises d/b/a Heart Stoppers (herein "Heart Stoppers") is using identical or a confusingly similar version of Heart Attack Grill's nationally recognized trade dress and trademarks relating to its medically themed hamburger grill and restaurant with high caloric food. Consumers will believe that your medically themed hamburger grill is associated with or sponsored by Heart Attack Grill. Further, we believe that you copied Heart Attack Grill's medical theme hamburger restaurant and grill concept. Although "copying is the highest form of flattery," in the case of Heart Stoppers, copying Heart Attack Grill's trade dress is a violation of the Federal Trademark Law, the Lanham Act.

Heart Attack Grill has operated its unique medically themed restaurant since 2005, utilizing its distinctive trade dress which includes, among other things: a simple hamburger grill and restaurant with a restaurant name that connotes a catastrophic medical condition HEART ATTACK GRILL; burger names using aggressive, heart condition or heart attack style medical terms; FLATLINER fries; wheel chair service for restaurant patrons; waitresses dressed as nurses; high caloric, over stuffed hamburgers; spiky heart beat pulse (an EKG design) on the Heart Attack Grill's web site; offer of free food to anyone over 350 pounds; cartoon character nurses; red heart logo drawing; and red and white restaurant decor. Further, the medical theme is carried forward into Heart Attack Grill's federally registered trademarks including Reg. Nos. 3128169 (Heart Attack Grill), 3137271 (Double Bypass Burger), 3146924 (Taste Worth Dying For), 3180518 (Single Bypass Burger), 3180519 (Triple Bypass Burger), and 3180520 (Quadruple Bypass Burger). Exhibit A is Heart Attack Grill's web site and Exhibit B are its trademarks.

Heart Attack Grill is famous throughout the U.S. Its medically themed hamburger restaurant and grill has been featured on nationally televised shows such as CBS news (See Exhibit C, You Tube Results), ABC news, FOX news, and shows on the Food Channel, The Travel Channel, and the Howard Stern and Jay Leno shows. Heart Attack Grill has internationally established itself in shows in France, Germany, Russia, China and Japan. See enclosed, Exhibit D, showing images from an earlier version of our website. These pictures help to illustrate to extent of the theme throughout all of Heart Attack Grill's materials. However, for a better view of the Heart Attack trade dress and trademarks at issue, please see the You Tube media clips, listed in Exhibit C, which provide video evidence.

It is our opinion that your use of a medically themed hamburger restaurant and grill (see Exhibit E) with: a restaurant name that connotes a catastrophic medical condition; burger names using aggressive, heart condition or heart attack style medical terms such as The Heart Attacker, The Triple A, and The Heart Stopper; other food items using aggressive, heart condition or heart attack style medical terms including: (1) Killer/Boneless Wings named Code Blue, Code Red, V-fib and Flatliner; (2) under Artery Cloggers Section: Chilli Chest Pain Fries, Insane Fries prepared by your

EXHIBIT N                                                    HAG--000133

January 4, 2010
Page 3

blind surgeon and NICU Nachos; (3) Heart Dogs; (4) under Specialty Sandwiches: Under the Knife, Second Opinion, R.I.P., Trauma Alert, Coronary, and Heart Attack Jack; offer of free food to anyone over 300 pounds; waitresses dressed as nurses; high caloric, over stuffed hamburgers; spiky heart beat EKG designs on the web site and in the restaurant; red heart logo near EKG design; and your use of Heart Stoppers (compare Heart Attack Grill to Heart Stoppers Sports Grill) in your restaurant name and "The Heart Stopper" as your Internet domain name violates the following laws:

> (i) Lanham Act Section (32)(15 U.S.C. §1114), claim for trade mark infringement of HEART ATTACK GRILL (Fed. Reg. No. 3,128,169 for Restaurant Services) compared to HEART STOPPERS SPORTS GRILL;
>
> (ii) Lanham Act Section 43(a)(15 U.S.C. §1125(a)), claim for trade dress infringement
>
> (iii) false association under Section 43(a) between Heart Stoppers restaurant and Heart Attack Grill restaurant;
>
> (iv) false advertising under Section 43(a) by implying an association between Heart Stoppers restaurant and Heart Attack Grill restaurant;
>
> (v) the ACPA (Anticybersquatting Consumer Protection Act, 15 U.S.C. 1125(d)) for the unauthorized use of the domain www.TheHeartStopper.com by Heart Stoppers in light of Heart Attack Grill's trademarks, such unauthorized use being an act of cybersquatting under the ACPA;
>
> (vi) the Federal Trademark Dilution Act, 15 U.S.C. 1125(c) ("FTDA") because Heart Stoppers is tarnishing Heart Attack Grill's image since Heart Stoppers is a "poor cousin" of the higher quality hamburger restaurant and grill and Heart Stoppers is blurring the fame of Heart Attack Grill to its medically themed hamburger restaurant and grill;
>
> (vii) various state laws such as Florida's unfair competition law, the Deceptive and Unfair Trade Practices Act ("FDUTPA"), Fla. Stat. 501.201; and,
>
> (ix) various other common laws.

We demand that Heart Stoppers immediately cease and desist all use of the "Heart Stoppers" restaurant name and all use of the domain name www.TheHeartStopper.com, and all use of "Heart Stopper(s)" on its web site, on all advertisements on all signs, menus and restaurant decorations, on all products and stop all keyword advertising or search engine optimization on the Internet. Additionally, Heart Stoppers must immediately change ALL ASPECTS of its medically themed hamburger restaurant and grill, including its name Heart Stoppers. This includes cessation of all use of: any medical theme activities or decor, including but not limited to, your use of doctors and nurses uniforms and accessories for the staff, your use of the red and white color scheme in the interior of

EXHIBIT N                                                         HAG--000134

January 4, 2010
Page 4

Heart Stoppers restaurant, red heart logo drawing, and EKG heart graphics, medical names for all
food products, etc.

We further demand that you advise us of the following:

1.   All use in advertisements, signs, menus, promotional materials, and the like of Heart
     Stoppers and all medical theme elements for your hamburger restaurant. We demand
     that you send us an exemplary copy of each such use.

2.   How long has Heart Stoppers's medically themed hamburger grill been open for
     business.

3.   Your total gross sales and profits resulting from Heart Stoppers's medically themed
     hamburger grill.

4.   Any and all other individuals, parties, companies and entities involved in this
     trademark and trade dress infringement.

Please note that Heart Attack grill takes the enforcement of its intellectual property rights
seriously. Recent efforts include shutting down "Flatline Grill" in Pensacola Florida. Also Heart
Attack Grill has filed suit in U.S. District Court in Arizona against Vortex Bar and Grill in Atlanta
Georgia. (Case Transferred to Northern District of Georgia, Case No. 1:09-CV-2533-WSD).

Please be advised that your activities violate the foregoing federal and state laws.  The
importance of our client's trade dress rights and trademark rights cannot be overstated. This matter
is of great concern to our client and we must therefore demand a complete and satisfactory response
in writing **no later than January 18, 2010**. Lastly, if we cannot resolve this matter well before that
time, our client will file a federal lawsuit against Heart Stoppers and against Robert Kutnick and
Ignazio Lena in South Florida, seeking all profits from your infringement, treble damages for willful
infringement, and attorneys fees and costs.

Sincerely,

Robert C. Kain, Jr.
For the Firm

RCK/djs
cc: client

# LEE & AMTZIS

**P.L.**

ATTORNEYS AT LAW

**Suite 401**
**5550 Glades Road**
**Boca Raton, FL 33431**
**(561) 981-9988**
**(561) 981-9980 Fax**

Eric Lee
lee@leeamlaw.com
Board Certified in Business Litigation

January 18, 2010

**VIA EMAIL**
rkain@complexip.com

Robert C. Kain, Jr., Esq.
Kain & Associates
900 S.E. 3rd Ave., Ste. 205
Ft. Lauderdale, FL 33316

        Re:    Heart Attack Grill, LLC and Jon Basso v. B & I Enterprises, d/b/a Heart Stoppers
              Sports Grill, Robert Kutnick and Ignazio Lena

Dear Mr. Kain:

      I have been requested by my clients B & I Enterprises, Robert Kutnick and Ignazio Lena ("Heart Stoppers") to contact you in reference to your January 4, 2010 correspondence alleging that Heart Stoppers has violated Heart Attack Grill, LLC's ("Heart Attack Grill") trademarks. We have carefully reviewed your client's allegations and believe that they are without merit. As you are surely aware, Heart Attack Grill cannot obtain a monopoly over medically themed restaurants. Although Heart Attack Grill may protect individual non-functional items it originated, it cannot protect functional design nor the entire medically themed restaurant concept. "To allow [Heart Attack Grill] to protect its [medically themed restaurant] concept under Section 43(a) of the Lanham Act would allow it to appropriate the [medically themed restaurant] concept to the exclusion of all others. It would be ludicrous to suggest that in our free enterprise system, one producer and not another is permitted to take advantage of a marketing approach to enhance consumer reception of its product." *Prufrock Ltd., Inc. v. Lasater*, 781 F.2d 129, 132 (8th Cir. 1986) (citations omitted).

      First, it is clear that Heart Stoppers has not violated Heart Attack Grill's federally registered trademarks. Heart Stoppers does not utilize the trademarks Heart Attack Grill, Double Bypass Burger, Taste Worth Dying For, Single Bypass Burger, Triple Bypass Burger, or Quadruple Bypass Burger. Heart Stoppers' menu is decidedly different from Heart Attack Grill's menu. While Heart Attack Grill's menu is limited to burgers, fries, and full sugar soft drinks, Heart Stoppers has a diversified menu. Not only does Heart Stoppers sell burgers, it sells wings, hotdogs, subs, sandwiches, veggie wraps, salads, and a vegetarian burger. Heart Stoppers

EXHIBIT N                                       HAG--000136

Robert C. Kain, Jr., Esq.
January 18, 2010
Page 2

also has a pediatric menu. Heart Stoppers is also a sports bar with seven 50" television sets available for viewing by all patrons. Further, the décor is decidedly different. Although medically themed, Heart Stoppers does not copy the interior design of Heart Attack Grill. Contrary to your assertion, Heart Stoppers' waitresses are not dressed in a manner similar to Heart Attack Grill's servers. While Heart Attack Grill has scantily clad waitresses dressed as nurses, Heart Stoppers has its servers dressed in a more appropriate family design utilizing medical lab coats. Therefore, there is no direct violation of Heart Attack Grill's federally registered trademarks.

Moreover, Heart Stoppers has not violated the Lanham Act. In order for Heart Attack Grill to establish a claim for trademark infringement,

> it must demonstrate that its trade dress is: (1) inherently distinctive or acquired distinctiveness through secondary meaning; (2) nonfunctional; and (3) its imitation would result in a likelihood of confusion in consumers' minds as to the source of the product.

*Gateway, Inc. v. Companion Products, Inc.*, 343 F.3d 503, 507 (8th Cir. 2004) (citations omitted). Since Heart Attack Grill's trade dress is not inherently distinctive, it must establish secondary meaning to satisfy the requirement that its trade dress is distinctive.

> In order to establish secondary meaning, the user of a mark, or, here, a dress, must show that by long and exclusive use in the sale of the user's goods, the mark has become so associated in the public mind with such goods that the mark serves to identify the source of the goods and to distinguish them from those of others.

*Aromatique, Inc. v. Gold Seal, Inc.*, 28 F.3d 863, 870 (8th Cir. 1994) (citations omitted). "The purpose of assessing whether or not there is secondary meaning is to determine the extent of good will and consumer recognition a restaurant has established through its trade dress in the relevant market." *Fuddruckers, Inc. v. Doc's B.R. Others, Inc.*, 1984 WL 1473 (D. Ariz. 1984). "If there is no secondary meaning to the trade dress, then the plaintiff suffers no harm under the policies of unfair competition laws." *Id.*

Heart Attack Grill cannot establish secondary meaning. Heart Attack Grill operates a single restaurant in Chandler, Arizona. Heart Attack Grill is not famous throughout the United States. In fact, the claimed publicity Heart Attack Grill received in various media outlets was the result of a lawsuit brought against it by the Arizona Board of Nursing and the Center for Nursing Advocacy due to its derogatory use of fake "nurses." Therefore, Heart Attack Grill is famous, not as a medically themed restaurant, but as a burger joint that utilizes a derogatory nurse concept for its servers. In fact, as the exhibits to your letter demonstrate, Heart Attack Grill places significant emphasis on its tightly dressed nurse theme, rather than an overall medical concept. Thus, Heart Attack Grill would be hard pressed to demonstrate secondary meaning to its claimed medically themed hamburger restaurant and grill concept.

EXHIBIT N

HAG--000137

Robert C. Kain, Jr., Esq.
January 18, 2010
Page 3

Heart Attack Grill will also have difficulty establishing that Heart Stoppers is utilizing nonfunctional items. Heart Stoppers' tables, prescription bottle salt and pepper shakers, menu, and sports bar theme are clearly functional. Further, Heart Stoppers uses decidedly different decorations and, through the use of a sports bar theme, establishes that it does not copy any nonfunctional items utilized by Heart Attack Grill.

Since the medically themed concept utilized by Heart Stoppers Sports Grill is decidedly different from the theme utilized by Heart Attack Grill, there is no likelihood of confusion. "If there is no likelihood of confusion by the ordinary consumer as to the overall trade dress, the defendant restaurant is not infringing on the trade dress of the plaintiff restaurant." *Fuddruckers*, 1984 WL 1473.

> In determining whether a likelihood of confusion exists, numerous factors must be considered, including: (1) the strength of the trademark; (2) the similarity between the parties' marks; (3) the competitive proximity of the parties' products; (4) the alleged infringer's intent to confuse; (5) evidence of actual confusion; (6) the degree of care reasonably expected of potential customers.

*Gateway, Inc.*, 384 F.3d at 509 (citations omitted).

Although Heart Attack Grill has been in business since 2005, it operates a single restaurant in Chandler, Arizona. Heart Attack Grill has not expanded outside of the city of Chandler, Arizona. Since Heart Attack Grill cannot obtain a monopoly on medically themed restaurants, its alleged trade dress is weak. Also, as discussed above, there are decided differences between Heart Attack Grill and Heart Stoppers. Further, there is no competitive proximity between the two restaurants. Chandler, Arizona is over 2,300 hundred miles away from Delray Beach, Florida. Heart Stoppers has not opened up its restaurant down the street from Heart Attack Grill. Its restaurant is, literally, on the other side of the country. Heart Attack Grill will also be unable to establish an intent to confuse. Heart Stoppers is not copying Heart Attack Grill and has opened a medically themed restaurant after one of its owners, a licensed paramedic who has substantial experience in the restaurant business, decided to combine his experience in the restaurant business with his experience as a paramedic who taught emergency life support and CPR classes to doctors and nurses. Your correspondence also fails to demonstrate that there has been any actual confusion between the two restaurants.

In addition to the foregoing, Heart Attack Grill will have difficulty establishing a violation of its trade dress by a restaurant over 2,300 miles away. In this Circuit:

> The territorial extent of trademark protection is limited to those geographic areas in which a mark is actually used in commerce and a zone of reasonable future expansion. "[U]nder common law principles, the senior user of a mark cannot monopolize markets that neither his trade nor his reputation has reached." *J. McCarthy*, supra. § 26:1, at 284. This "zone of natural expansion" doctrine provides the senior user with some limited "breathing space" in which to expand beyond its current actual use.

EXHIBIT N                                                                    HAG--000138

Robert C. Kain, Jr., Esq.
January 18, 2010
Page 4

\* \* \*

If the senior user is static, and has restricted use to only one small area, such as one city, a good-faith junior user may expand into a nationwide use of the mark, subject only to an exception in the small area occupied by the senior use. However, if the senior user has constantly expanded its business by the date of the junior user's adoption of the mark, and if distances are not great, it may be that the senior user is entitled to exclusive rights in a zone of natural expansion which includes the junior user's area, even though no actual sales have yet been made in that area by the senior user.

*Talley-Ho, Inc. v. Coast Community College Dist.*, 889 F.2d 1018, 1027-1028 (11th Circ. 1990); *see also Immuno Vital, Inc. v. Golden Sun, Inc.*, 49 F. Supp. 2d 1344 (S.D. Fla. 1997).

Heart Attack Grill has been in business since 2005. Heart Attack Grill cannot establish that its trade reputation has reached Florida, let alone Delray Beach, Florida. Heart Attack Grill has not expanded its business and has limited the use of its trade dress to one city. Therefore, good faith users may expand utilization of the alleged trade dress on a nationwide basis.

Based upon the foregoing, Heart Stoppers rejects Heart Attack Grill's attempt to shut it down. Heart Stoppers has only been open for a short period of time and therefore its utilization of a medically themed restaurant in advertisements is not substantial. In addition, there are no gross profits from the business. Therefore, Heart Stoppers has little risk in defending against a baseless claim of trademark infringement. To the contrary, Heart Attack Grill faces a substantial downside if it pursues litigation. If Heart Attack Grill intends to expand its concept, a finding that it cannot monopolize its medically themed restaurant would end its ability to franchise.

While Heart Stoppers does not believe that it has violated any trademarks or trade dress rights, it also recognizes the expense of litigation. Therefore, to the extent that minimal corrective measures can be taken to satisfy Heart Attack Grill's concerns, Heart Stoppers may consider such corrective measures. Accordingly, please contact me at your earliest convenience to discuss these issues further.

Very truly yours,

ERIC LEE

EL/za

cc:    B & I Enterprises

EXHIBIT N

HAG--000139

Due to overwhelming traffic, this website has been shut down for mainenance,


Please check out our facebook page.. We'll be back as soon as possible.





WELCOME TO HEART STOPPERS SPORTS GRILL





MENU (click on the menu categories on the left)



**Chili Chest Pain Fries**
Smothered with our homemade chili, and cheddar

**Sweet Potato Fries**
Served with Marshmallow sauce . . . $4.50

**Insano Fries**
Prepared by our blind surgeon this artery clogger will have you calling your Doctor for an appointment. Our fries loaded chili, blended cheeses, guacamole, sour cream, bacon bits, jalapenos! . . .

**Brewzed and Battered Onion Rings**
Twice dipped and fried golden brown served with your favorite dipping sauce . . .

**Nitro Poppers**
Jalapenos stuffed with cream cheese . . . $6.25

**Chips and Salsa** . . .

**NICU (Nacho Intense Chips Unit)**
Crisp tortilla chips smothered an layered with chili,

EXHIBIT O

HAG--000142

1/25/2010



CLICK ON THE BUTTON BELOW TO MEET THE "NURSE"
(None of the people shown below are actual nurses, nor do they have any medical training)



EXHIBIT O

HAG--000143

http://theheartstopper.com/nurses.htm

1/25/2010



W E L C O M E   M E S S A G E

EXHIBIT O

HAG--000144

http://theheartstopper.com/fun.htm

1/25/2010

Heart Stoppers Sports Grill Delray Beach Florida   Page 1 of 1




HEART STOPPERS SPORTS GRILL
"WALL OF FAME"



EXHIBIT O

http://theheartstopper.com/wall.htm

HAG--000145

1/25/2010

Heart Stoppers Grill Contact Information and Location    Page 1 of 1



Contact Information

We are located on the South East
corner of i-95 and Linton Blvd. In
Delray Beach, FL

1100 Linton Blvd. C-3
Delray Beach, FL 33444

## (561)276-5554

EXHIBIT O

HAG--000146

http://theheartstopper.com/contact.htm

1/25/2010