UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-81027-CIV-MARRA/JOHNSON

HAG, LLC., d/b/a Heart Attack Grill, LLC,
an Arizona corporation, and Jon Basso, an
individual,

     Plaintiffs,
vs.

B & I Enterprises, LLC d/b/a Heart Stoppers
a/k/a Heart Stoppers Sports Grill, a Florida
corporation and Ignazio Lena, an individual,
and Robert Kutnick, an individual,

     Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court upon Plaintiff's Motion For Preliminary Injunction (DE 6) and Plaintiff's Motion for Emergency Hearing (DE 5), filed January 22, 2010. Upon consideration, that part of the motions seeking emergency relief is denied. Accordingly, Plaintiff's motions will be considered in the ordinary course pursuant to the Local Rules of the United States District Court for the Southern District of Florida and Federal Rules of Civil Procedure.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 26th day of January, 2010.

                                                  KENNETH A. MARRA
                                                  United States District Judge

copies to:

All counsel of record