UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-80127-CIV-MARRA/JOHNSON

HAG, LLC., d/b/a Heart Attack Grill, LLC,
an Arizona corporation, and Jon Basso, an
individual,

    Plaintiffs,
vs.

B & I Enterprises, LLC d/b/a Heart Stoppers
a/k/a Heart Stoppers Sports Grill, a Florida
corporation and Ignazio Lena, an individual,
and Robert Kutnick, an individual,

    Defendants.
_____/

## ORDER OF REFERENCE

In accordance with 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, it is hereby **ORDERED AND ADJUDGED** that the above-captioned cause is **REFERRED** to United States Magistrate Judge Linnea R. Johnson for appropriate disposition and/or report or recommendation on Plaintiff's Motion For Preliminary Injunction (DE 6).

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 28th day of January, 2010.

                                                      KENNETH A. MARRA
                                                     United States District Judge

copies to:

All counsel of record
Magistrate Judge Linnea R. Johnson