UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(West Palm Beach Division)

HAG, LLC., d/b/a Heart Attack Grill, an
Arizona corporation, and Jon Basso, an
individual

CASE NO: 10-CV-80127-MARRA-JOHNSON

    Plaintiffs,

v.

B & I Enterprises, LLC. d/b/a Heart Stoppers
a/k/a Heart Stoppers Sports Grill, a Florida
corporation, and Ignazio Lena, an individual,
and Robert Kutnick, an individual

    Defendants.

_____/

## CONSENT FINAL JUDGMENT

THIS CAUSE is before the Court upon the parties' Joint Motion for Entry of Consent Final Judgment, filed herein on ~~May~~ April 30, 2010 DE-36. The Court has carefully considered the Motion and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** the Joint Motion for Entry of Consent Final Judgment [DE-36] is hereby **GRANTED**.

I.    Plaintiffs, HAG, LLC., d/b/a Heart Attack Grill, and Jon Basso, (hereinafter "HEART ATTACK GRILL") and Defendant B & I Enterprises, LLC. d/b/a Heart Stoppers a/k/a Heart Stoppers Sports Grill (herein "HEART STOPPERS") and co-Defendants Ignazio Lena and

1

Robert Kutnick (respectively, LENA and KUTNICK) do hereby stipulate to entry of a consent judgment on the terms set forth below.

II.     Stipulation and Consent to Judgment

A.      This case is an action for (i) trade dress infringement pursuant to Federal Trademark Law, Lanham Act Section 43(a)(15 U.S.C. §1125(a)); (ii) trademark infringement of the federally registered mark HEART ATTACK GRILL (Fed. Reg. No. 3,128,169 for restaurant services) under Lanham Act Section 32(15 U.S.C. §1114); (iii) trademark infringement relating to unauthorized use of HEART ATTACK GRILL's unregistered marks (FLATLINER, red heart with an EKG symbol, nurse character on a red ball background with an EKG logo); (iv) federal trademark dilution under the Federal Trademark Dilution Act, 15 U.S.C. sec. 1125(c) ("FTDA") due to tarnishment of HEART ATTACK GRILL's image and blurring of the fame of HEART ATTACK GRILL and its medically themed hamburger restaurant and grill; (v) common law unfair competition; (vi) cybersquatting under the ACPA (Anticybersquatting Consumer Protection Act, 15 U.S.C. sec. 1125(d)) due to the registration and use of the domain www.TheHeartStopper.com; (vii) Lanham Act §43(a) violations, namely, false designation of origin and false association between the HEART STOPPERS restaurant and HEART ATTACK GRILL's restaurant; and (viii) unfair competition law under Florida's Deceptive and Unfair Trade Practices Act ("FDUTPA"), Fla. Stat. 501.201.

B.      The court has jurisdiction over the parties and the claims in this case under the Lanham Act, 15 U.S.C. §1121 and 28 U.S.C. §1338(a) and 28 U.S.C. §1332(a) and has supplemental jurisdiction over state law claims, pursuant to 28 U.S.C. §1367, as the Florida statutory and common law claims are substantially related to the federal claims.

C.   HEART ATTACK GRILL filed its complaint and a motion for preliminary injunction on January 26, 2010. Defendants thereafter counterclaimed. The parties engaged in significant discovery. The court scheduled a preliminary injunction hearing to hear plaintiffs' motion for preliminary injunction on May 4, 2010.

D.   Since 2005, HEART ATTACK GRILL has exclusively used the HEART ATTACK GRILL's trade dress listed in the attached Exhibit A, "Appendix - Comparison of Trade Dress and Marks," in the designated HAG column, for restaurant services and food products since 2005. Co-plaintiff, JON BASSO, is president of plaintiff HAG, LLC. and is the owner of HEART ATTACK GRILL's trademarks listed in Exhibit B, for restaurant services and food products. These trademarks have been in use exclusively by HEART ATTACK GRILL since 2005. HEART ATTACK GRILL uses its unique trade dress and trademarks in its hamburger grill and restaurant business. In addition, HEART ATTACK GRILL sells a wide variety of branded merchandise on its website www. HeartAttackGrill.com.

E.   HEART ATTACK GRILL currently operates a hamburger grill and restaurant in Chandler, AZ, near Phoenix, AZ and is in the final stages of signing a lease for a new HEART ATTACK GRILL restaurant in Orlando, FL.

F.   In its complaint, HEART ATTACK GRILL alleged trade dress infringement, trademark infringement, unfair competition and trademark dilution in violation of the Lanham Act, as well as various other violations under Florida law arising out of defendants' alleged infringement of HEART ATTACK GRILL's trade dress and trademarks.

G.   HEART ATTACK GRILL's trade dress and trademarks have been the source of significant commercial success and recognition for HEART ATTACK GRILL and through such

3

continued use, sale, advertising and promotion, the HEART ATTACK GRILL trade dress has acquired distinctiveness. The HEART ATTACK GRILL trade dress and trademarks have been nationally and internationally promoted by shows on CBS Sunday Morning News, Good Morning America, The Food Network, The Travel Channel (including the show Extreme Pigouts and the show Top 101 Tastiest Places to Chowdown where Heart Attack Grill was ranked #27 in America), ABC's Dateline, Fox News Neil Cavuto, ABC's 20/20 with John Stossel, The Rush Limbaugh Show, The Geraldo Rivera Show, The Howard Stern Show, Inside Edition, Comedy Central, The Jimbo Hannon Show, The Jay Leno Show, Rachel Ray, The Doctors, The National Enquirer, Inc. Magazine, Entrepreneur Magazine, Paul Harvey, America In The Morning, Japanese Television, Pro Zeben's Taff Time (Germany), TF1 (France), Voice of America Television (China), Jay Thomas Show on Sirius, Maurice Boland show (Spain), and Telemundo News (Mexico), among others. The HEART ATTACK GRILL trade dress is shown on numerous You Tube Clips (www. youtube.com) and in photographs on www. flickr.com.

H.     Defendant HEART STOPPERS and co-defendants LENA and KUTNICK opened a hamburger grill and restaurant in Delray Beach, FL in December, 2009 using the trade dress and trademarks listed in Exhibit A under the column designated "HS Accused Trade Dress." Also, defendants used an in-store menu and an on-line menu shown in Exhibit C.

I.     Defendants acknowledge, without admitting each of the substantive allegations in the complaint, HEART ATTACK GRILL's exclusive rights in and the validity and enforceability of the HEART ATTACK GRILL trade dress in Exhibit A and its trademarks in Exhibit B in the United States.

J.   The parties prefer to avoid the cost, time and expense of proceeding with this case and desire to fully and finally resolve all claims that the parties have, had or may have had that were or could have been raised or asserted by one or more of the parties with regard to this case, and accordingly have stipulated to the entry of this consent judgment, including the permanent injunction, a confidential settlement agreement, and an agreement to dismiss the claims against the individual Defendants.

III. INJUNCTIVE RELIEF

Accordingly, the Court, pursuant to the stipulation of the parties, hereby ORDERS, ADJUDICATES and DECREES that final judgment, including a permanent injunction, shall be and hereby is entered on the complaint in the above-captioned action as follows:

A. Permanent Injunction. Defendant, HEART STOPPERS, together with all of its officers, agents, servants, employees, representatives, attorneys and assigns, and all other persons, firms or companies in active concert or participation with it are permanently enjoined and restrained from engaging in any of the following activities in the United States and throughout the world both directly or indirectly:

1. Using, displaying, advertising and/or promoting the HEART ATTACK GRILL's trademarks, HEART ATTACK GRILL's trade dress or any confusingly similar trademarks or trade dress in connection with restaurant services and food products.

2. Using, displaying, advertising and/or promoting any of the marks and items marked out with an "X" shown on the HEART STOPPERS menu Exhibit C.

3. Making, having made, importing, selling, offering to sell, exporting, distributing, packaging, advertising or promoting any restaurant services or food products which feature the

5

HEART ATTACK GRILL's trademarks, HEART ATTACK GRILL's trade dress, and/or any other marks or trade dress which are confusingly similar to the foregoing;

4. Performing or allowing any act or thing within the control of defendant HEART STOPPERS that is calculated or likely to cause confusion or mistake in the minds of members of the public or the trade or prospective purchasers or consumers as to the source of defendant's goods and/or services, or likely to deceive members of the public or prospective purchasers or consumers of defendant's goods and/or services into believing that there is some association, connection or affiliation with and/or sponsorship or approval by HEART ATTACK GRILL;

5. Performing or allowing any act or thing within the control of defendant HEART STOPPERS that is likely to dilute the distinctive quality of the HEART ATTACK GRILL's trademarks, HEART ATTACK GRILL's trade dress, or otherwise injure HEART ATTACK GRILL's business reputation or goodwill;

6. Engaging in acts of federal, state or common law trademark or trade dress infringement, dilution or unfair competition that would damage or injure HEART ATTACK GRILL, Jon Basso and/or HEART ATTACK GRILL's trademarks, HEART ATTACK GRILL's trade dress;

7. Registering, assigning or transferring or purporting or attempting to register, assign or transfer HEART ATTACK GRILL's trademarks, HEART ATTACK GRILL's trade dress or any confusingly similar trademarks or trade dress;

8. Using any key words or sponsored advertising with HEART ATTACK GRILL's trademarks or trade dress elements, or the use of other words or symbols which are likely to

cause confusion, mistake or deception with respect to HEART ATTACK GRILL's trademarks or trade dress; and

      9. Assisting, aiding or abetting any person or business entity in engaging in or performing any of the activities referred to in the above paragraphs III(A)(1) through (8).

B. Within ninety (90) days of the date of last signature of the parties to this Stipulation, defendants, HEART STOPPERS and LENA and KUTNICK will phase out all use of HEART ATTACK GRILL's trade dress and trademarks as specified in the above paragraphs III(A)(1) through (8).

C. Within ninety (90) days of the date of last signature of the parties to this Stipulation, defendants, HEART STOPPERS and LENA and KUTNICK shall transfer the domain www.theheartstopper.com to HEART ATTACK GRILL. The parties shall cooperate in the transfer of the domain.

D. Destruction of Materials. Within ninety (90) days of the date of last signature of the parties to this Stipulation, defendants, HEART STOPPERS and LENA and KUTNICK pursuant to 15 U.S.C. § 1118, is ordered to deliver a statement under oath to HEART ATTACK GRILL attesting to the removal and cessation of use of all signs, menus, displays, flyers, websites, FaceBook pages, My Space pages, medical equipment, uniforms, pseudo medical equipment used in its restaurant, prints, packages, wrappers, receptacles, containers, advertisement, and other materials that are within the possession of defendants HEART STOPPERS and LENA and KUTNICK and within the scope of Sections III(A)(1) through A(8) of this injunction. The foregoing is subject to the terms and conditions of the parties' confidential Settlement Agreement.

E. Public Statements. HEART ATTACK GRILL, its officers, directors, shareholders, employees and attorneys, will not make public statements that it "closed down" defendants' restaurant.

F. Continued Use of the Domain. HEART ATTACK GRILL agrees not to use the domain www.theheartstopper.com for its restaurant services or to sell food products or branded merchandise.

G. Violation of Consent Judgment. In the event that defendants violate any term of this consent judgment and permanent injunction, HEART ATTACK GRILL shall be entitled to injunctive relief, damages and profits, and defendants shall pay HEART ATTACK GRILL attorney's fees and costs incurred as a result of such violation, including investigative costs incurred in discovery of such violation. Furthermore, in the event defendants are found to be in violation of the consent judgment, HEART ATTACK GRILL shall be entitled to damages of two thousand dollars ($ 2,000) per infringing product sold by defendants.

H. No Appeals and Continuing Jurisdiction. No appeals shall be taken from this judgment, and the parties waive all rights to appeal. This court expressly retains jurisdiction over this matter to enforce any violation of the terms of this judgment, including the within permanent injunction and the parties signed confidential settlement agreement, by either party.

I. HEART STOPPERS' counterclaim against HEART ATTACK GRILL is hereby dismissed with prejudice. HEART ATTACK GRILL's claims against LENA and KUTNICK are hereby dismissed with prejudice.

J. No Fees or Costs. The parties shall bear they own fees and costs for this action.

The Clerk shall close this case.

IT IS SO ORDERED, ADJUDICATED AND DECREED.

Date: 5/3/10

_____
United States District Court Judge

IT IS SO STIPULATED:

Date: _____  HAG, LLC.

by: _____
Jon Basso, mgr. mbr.

Date: _____

by: _____
Jon Basso

Date: _____  B & I Enterprises, LLC.

by: _____
Robert Kutnick, owner

Date: _____

by: _____
Robert Kutnick

Date: _____

by: _____
Ignazio Lena

Approved as to Form:

Dated: _____

By:
Robert C. Kain, Jr., Esq. (266760)
RKain@ComplexIP.com
Darren Spielman, Esq. (10860)
DSpielman@ComplexIP.com
Kain & Associates, Attorneys at Law, P.A.
900 Southeast 3rd Avenue, Suite 205
Fort Lauderdale, Florida 33316
Telephone:   (954) 768-9002
Facsimile:   (954) 768-0158
Counsel for Plaintiffs

Dated: April 30, 2010
By: /s/
Eric Lee, Esq.
Florida Bar No. 961299
Lee@leeamlaw.com
Lee & Amtzis, P.L.
5550 Glades Road, Suite 401
Boca Raton, FL 33431
Telephone: 561-981-9988
Facsimile: 561-981-9980
Attorneys for Defendants

\\srv1\datashare\RCK\CLIENTS\Heart-Attack(HAG)\Heart-Attack-v-Heart-Stopper\Settle-Consent-Jgt-v1.wpd

Date: _____     HAG, LLC.

            by: _____
            Jon Basso, mgr. mbr.

Date: _____

            by: _____
            Jon Basso

Date: _____     B & I Enterprises, LLC.

            by: /s/ Robert Kutnick
            Robert Kutnick, owner

Date: _____

            by: /s/ Robert Kutnick
            Robert Kutnick

Date: _____

            by: /s/ Ignazio Lena
            Ignazio Lena

Approved as to Form:

Dated: _____

            By:
            Robert C. Kain, Jr., Esq. (266760)
            RKain@ComplexIP.com
            Darren Spielman, Esq. (10860)
            DSpielman@ComplexIP.com
            Kain & Associates, Attorneys at Law, P.A.
            900 Southeast 3rd Avenue, Suite 205
            Fort Lauderdale, Florida 33316
            Telephone: (954) 768-9002
            Facsimile: (954) 768-0158
            Counsel for Plaintiffs

Dated: _____
By:
Eric Lee, Esq.
Florida Bar No. 961299
Lee@leeamlaw.com
Lee & Amtzis, P.L.

IT IS SO ORDERED, ADJUDICATED AND DECREED.

Date: _____

_____
United States District Court Judge

IT IS SO STIPULATED:

Date: 4-30-10

HAG, LLC.

by: /Jon J. Basso/, member
Jon Basso, mgr. mbr.

Date: 4-30-10

by: /Jon J. Basso/
Jon Basso

Date: _____

B & I Enterprises, LLC.

by: _____
Robert Kutnick, owner

Date: _____

by: _____
Robert Kutnick

Date: _____

by: _____
Ignazio Lena

Approved as to Form:

Dated: Apr. 30, 2010

By: /Robert Kain/
Robert C. Kain, Jr., Esq. (266760)
RKain@ComplexIP.com
Darren Spielman, Esq. (10860)
DSpielman@ComplexIP.com
Kain & Associates, Attorneys at Law, P.A.
900 Southeast 3rd Avenue, Suite 205
Fort Lauderdale, Florida 33316
Telephone: (954) 768-9002
Facsimile: (954) 768-0158
Counsel for Plaintiffs

9

## Appendix - Comparison of Trade Dress and Marks - EXHIBIT A

| HAG Trade Dress and Marks | HS Accused Trade Dress and Marks |
|---|---|
| (a) a medically themed hamburger grill and restaurant with high caloric food products including a restaurant name that connotes a catastrophic medical condition, namely "HEART ATTACK GRILL" (see Reg. No. 3,128,169); | (a) a medically themed hamburger grill and restaurant with high caloric food products including a restaurant name that connotes a catastrophic medical condition, namely "HEART STOPPERS SPORTS GRILL" |
| (b) burger names using aggressive, heart condition or heart attack style medical terms, including SINGLE BYPASS BURGER, DOUBLE BYPASS BURGER, TRIPLE BYPASS BURGER and the signature QUADRUPLE BYPASS BURGER; | burgers called The Pacemaker; The Heart Attacker ½ pound; The Triple A; The D.N.R. 1 pound; the D.O.A. 2 Pound |
| (c) other foods branded with cardiac or heart condition names such as FLATLINER fries; | FLATLINER chicken wings |
| (d) wheel chair service for restaurant patrons; | (d) wheel chairs used by restaurant patrons; |
| (e) waitresses dressed as nurses wearing white coats or dresses with red medical logos; | (e) waitresses dressed as nurses wearing white coats or dresses with red medical logos; |
| (f) an owner-operator (Jon Basso) dressed in medically themed clothes such as a lab coat with a stethoscope; | (f) restaurant staff wearing medical scrubs labeled HEART STOPPERS Medical Center |
| (g) all customers are referred to as patients, including being attired in hospital gowns and hospital style wrist bands listing the patron's order and wrapped around the patron's wrist; | |
| (h) spiky heart beat pulse (an EKG design) on HEART ATTACK GRILL's web site advertising the medically themed restaurant and on branded merchandise displayed throughout the restaurant; | (h) spiky heart beat pulse (an EKG design) on the restaurant walls and on HS' web site advertising the medically themed restaurant |
| (i) interior signage having medically themed statements such as a large "health" warning sign as one enters the establishment; | (i) interior signage having medically themed statements such as a "Emergency Room," "Morgue" and "M.D." |
| (j) an offer of free food to anyone over 350 pounds, including the scale to weigh patrons; | (j) an offer of free food to anyone over 350 pounds, including the scale to weigh patrons; |

1

| | |
|---|---|
| (k) a logo consisting of a shapely nurse character on a red ball background pierced by a spiky EKG symbol running therethrough, used on its website and displayed throughout the restaurant and on branded merchandise sold in the restaurant and on the Internet; | (k) a logo consisting of a shapely nurse character near a red heart with a spiky EKG symbol running therethrough, used on its website and displayed throughout the restaurant |
| (l) red heart logo with an EKG symbol on its web site advertising its restaurant services and in its restaurant and on branded merchandise; | (l) red heart logo with an EKG symbol in its restaurant and on its web site advertising its restaurant services |
| (m) and a medically themed, red and white restaurant decor, the nurse-waitresses wear uniforms with red cross symbols thereon | (m) and a medically themed, red and white restaurant decor with a red cross symbol under the counter-bar. |
| (n) blood pressure machine and weight scale; first aid box; IV bags | first aid box for patron's bills; IV bags attached to food delivery carts; defibrillators and dialysis and x-ray machines in the restaurant; pill boxes as salt and pepper shakers; bed pans as planters |
| **Trademarks** | **Accused Trademarks** |
| HEART ATTACK GRILL (Fed. Reg. No. 3,128,169) | HEART STOPPERS tradename, |
| HEART ATTACK GRILL (Fed. Reg. No. 3,128,169) | menu items and food categories, including HEART DOGS, THE HEART ATTACKER ½ POUNDER, HEART STOPPER 3 POUND KILLER, and HEART ATTACK JACK |
| HEART ATTACK GRILL used on branded merchandise and newsletters to foodies and patrons promoting high caloric food products (that is, goods and services not within the scope of the federal registration) | HEART STOPPERS website |
| A TASTE WORTH DYING FOR (Fed. Reg. No. 3,146,924) | DESSERTS TO DIE FOR as a menu food category |
| | |

EXHIBIT A

2

HEART ATTACK GRILL's TRADEMARKS

HEART ATTACK GRILL (Fed. Reg. No. 3,128,169)
SINGLE BYPASS BURGER (Fed. Reg. No. 3,180,518)
DOUBLE BYPASS BURGER (Fed. Reg. No. 3,137,271)
TRIPLE BYPASS BURGER (Fed. Reg. No.3,180,519 )
QUADRUPLE BYPASS BURGER  (Fed. Reg. No. 3,180,520 )
A TASTE WORTH DYING FOR (Fed. Reg. No. 3,146,924)
FLATLINER (unregistered)

Exhibit B



Consent Judgment Exhibit C

## Artery Cloggers

**Chili Chest Pain Fries . . . $4.75**
Smothered with our homemade chili, & cheddar

**Sweet Potato Fries . . . $4.50**
Served with marshmallow sauce

**Inside Fries . . . $6.99**
Prepared by our blind surgeon this artery clogger will have you calling your Doctor for an appointment. Our fries loaded chili, blended cheeses, guacamole, sour cream, bacon bits, jalapenos!

**Angus Sliders . . . $7.50**
4 miniature versions of our monster burgers

**Brewzed and Battered Onion Rings . . . $4.25**
Twice dipped and fried golden brown served with your favorite dipping sauce

**Nitro Poppers . . . $6.25**
Jalapenos stuffed with cream cheese

**Chips and Salsa . . . $3.99**

**ICU (Intense Chips Unit) . . . $6.99**
Crisp tortilla chips smothered and layered with chili, blended cheeses, guacamole, sour cream, bacon bits, jalapenos and salsa!

## Killer Wings & Sides

*How do you like 'em?*




 Code Blue (mild) | V-Fib (medium)  | Code Red (hot)  | Flatliners (you've been warned) 

**Garlic Paremesan | BBQ | Spicy Hot Honey**

*Bone-in or Surgically Removed*

The bones are surgically removed from our wings right on premise daily

**10 Piece $8.49   15 Piece $12.49   20 Piece $16.49   50 Pieces $36.49**
Served with celery and bleu cheese or ranch dressing

Home Style Baked Beans . . . . $3.25
E-bowl-a Chili . . . . . . . . . . . . $3.50
Coleslaw . . . . . . . . . . . . . . . $2.25
Fresh Cut Fries . . . . . . . . . . . $1.89
  add Garlic parmesan $1.00



Judgment Exhibit C

## Death by Burger

Our burgers are made with **100% Angus Beef** certified by the U.S.D.A. & prepared the way you like it. All our burgers are c made to order choose from **30 different items all free** for you to create your own masterpiece. All Burgers served with fr

The Pacemaker 1/4 pounder . . . $4.99

The Heart Attacker 1/2 pounder . . . $8.25

The Tripple A . . . $8.25
(1/2lb with cheese stuffed inside)

The D.N.R. 1 pounder . . . $10.99

The D.O.A. 2 pounder . . . $13.50

Onions (Raw or Grilled), Grilled Mushrooms, Beans, Jalapeno, Relish, Bell Pepper, Banana Pepper, Roasted Red Pepper, Lettuce, Tomato, Pickles, Ketchup, Mayo, Mustard, Egg, Peanut Butter, Jelly, Guacamole, Salsa, Sour Cream, Sauerkraut, Coleslaw, Fresh Garlic, Black Olives, Bleu Cheese, Onion rings, A-1 Sauce, Hot Sauce, BBQ Sauce

add Bacon, Xtra Cheese, or Chili . . . $.50/ea.

### the Heart Stopper Challenge

This 3 pound heart attack on a bun is not for the weak hearted. If you can beat existing record, your **meal is f** your **next meal is free**, and picture is posted on **the wall of fa**

*ask about the challenge we dare you*

**Weigh In! Guests that exceed 350lbs. EAT FREE!** *ask for details*

a 3 Pound Killer . . . $21.50

## Serious Sandwiches

Made to order, your sandwich will be overstuffed & com
9 inch or 14 inch sizes

**Under the Knife**
Cut to order from rib eye & loaded with with cheese, mushroom, onion, green pepper. No pre-cut frozen stuff here!
9 in. $6.50   14 in. $9.00
added toppings $.25/ea.

**The Evisceration**
This gut-buster is loaded with sweet Italian sausage, kielbasa, Angus beef, Jalepeno bacon, sautéed onions, mushrooms, & melted cheddar
9 in. $6.50   14 in. $9.00

**Second Opinion**
Sweet Italian sausage smothered with green peppers, onion, vine ripened tomatoes & stuffed with **french fries**
9 in. $6.25   14 in. $8.75

**R.I.P.**
Our tender surgically removed boneless wings with your favorite sauce stuffed inside an oven baked roll and topped with lettuce tomato, & onion.
9 in. $6.50   14 in. $8.75

**B.B. Special**
Meatballs in tangy marinara sauce, smothered w cheese. This sandwich won't leave you feeling bl
9 in. $6.25   14 in. $8.75

**Trauma Alert**
Polish keilbasa served with sautéed onions, mixe with melted American cheese & mayo.
9 in. $6.50   14 in. $8.75

**The Coronary**
Tender chicken, grilled peppers & onions with sp chipotle mayo.
9 in. $6.50   14 in. $8.75

**Heart Attack Jack**
A patty melt on steroids! This sub is full o Angus beef, your choice of over 30 toppings, topped with jalepeno bacon & smothered with melted pepper jack chees This killer weighs in at over 1 pound!
9 in. $6.50   14 in. $9.75


Consent Judgment Exhibit C

## Heart Dogs

Our dogs are made with 100% beef, come with regular fries, and are prepared the way you like: grilled or fried! Choose from 30 different items, all free, to create your own favorite.

The Inform ... $3.50       The 1/2 Pound Ricker ... $6.99

**The BIG ONE (1 bun + 3 dogs!) ... $7.49**



## Go Lightly...if you must

| | |
|---|---|
| Veggie Burger | $8.25 |
| Veggie Wrap | $7.25 |
| Veggie Sub | $8.75 |
| Garden Salad | $7.50 |

**Add Chicken $1.50**



## Floaters & More



*Proud to offer Coke products!*
Coke | Diet Coke | Sprite
Root Beer | Fruit Punch
Fresh-Brewed Iced Tea & Lemonade
$1.69

### Floaters ... $3.99

**Gray Matter**
Chocolate syrup, 1 scoop of vanilla & 1 scoop of chocolate ice cream in a tall glass with seltzer water.

**Black-n-Blue**
2 scoops of vanilla ice cream & root beer

**Pale White**
Sprite & vanilla ice cream.

**Purple Hematoma**
Vanilla ice cream in grape soda.

**Sherbet Cooler**
Rainbow sherbet, vanilla syrup & seltzer water.

**Sherbet Float**
Orange sherbet & Sprite.

**Old Fashioned Egg Cream**
Chocolate syrup, milk, seltzer & served with a pretzel stick.



**Ice Cold Beer**
Draft | Domestic | Imports
$3.00 | $3.25 | $4.50

## Pediatric Department ... $4.50 e

*includes fries & a soft dri*

Sliders (2) | Chicken Tenders
Grilled Cheese | Classic PB & J
Jr. Heart Dog

## Deserts to Die For! ... $3.50 ea.

**Oreos**™ (10) | **Twinkies**™ (2) | **Candy Bars***

oh, yeah...they are battered and deep fried!

(* Snickers™, Milky Way™, 3 Musketeers™, Resse's Peanut Butter Cups™)

**Homemade Italian Zeppoli**
Did we mention they are deep fried also?



$2.50 sharing charge

## The Story Behind Heartstoppers

Two friends sitting outside the local coffee shop after lunch one day were talking about how bored they were of eating at the same old places day after day. They decided to take some c America's favorite foods and go crazy with them, creating a place were people can eat great food and have fun doing it.

**Welcome to Heartstoppers!**

*Bob & Iggy*




Consent Judgment Exhibit C

## Go Lightly...if you must

Veggie Burger.....................$8.25
Veggie Wrap.......................$7.25
Veggie Sub........................$8.75
Garden Salad......................$7.50

*Add Chicken $1.50*



## Pediatric Department . . . $4.50 ea.

*includes fries & a soft drink*

Sliders (2) | Chicken Tenders
Grilled Cheese | Classic PB & J
Jr. Heart Dog



## Deserts to Die For! . . . $3.50 ea.

~~Definitely not what your doctor ordered!~~

**Oreos**™(10) | **Twinkies**™ (2) | **Candy Bars***

oh, yeah...they are battered and deep fried!

(* Snickers™, Milky Way™, 3 Musketeers™,
Resse's Peanut Butter Cups™)

**Homemade Italian Zeppoli**

*Did we mention they are deep fried also?*




on-line

EXHIBIT I

HAG—000114
Consent Judgment Exhibit C